EXHIBIT A

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 23-30023 |
| **CENTERPOINTE HOTELS @ TEXAS II, LP** | § § | Chapter 11 |
| | § | |
| Debtor. | § | |

**MASTER SERVICE LIST**

(as of January 10, 2023)

**DEBTOR AND DEBTOR'S COUNSEL**

| | |
|---|---|
| CenterPointe Hotels @ Texas II, LP<br>3906 Brookston Street<br>Houston, TX 77045 | Christopher Adams<br>Texas Bar No. 24009857<br>David L. Curry, Jr.<br>Texas Bar No. 24065107<br>Ryan A. O'Connor<br>Texas Bar No. 24098190<br>**OKIN ADAMS BARTLETT CURRY LLP**<br>1113 Vine Street, Suite 240<br>Houston, Texas 77002<br>Tel:  713.228.4100<br>Fax:  346.247.7158<br>cadams@okinadams.com<br>dcurry@okinadams.com<br>roconnor@okinadams.com |

**GOVERNMENT AGENCIES**

| | | |
|---|---|---|
| Texas Railroad Commission<br>1701 N. Congress<br>PO Box 12967<br>Austin, TX 78711-2967 | Office of the U.S. Trustee<br>515 Rusk, Suite 3516<br>Houston, TX 77002 | Texas Comptroller<br>PO Box 149348<br>Austin, TX  78714-9348 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA  19101-7346 | Comptroller of Public Accounts<br>Attn:  Christopher J. Dylla<br>Bankruptcy & Collections Div.<br>PO Box 12548-MC008<br>Austin, TX 78711-2548<br>Christopher.Dylla@oag.texas.gov | Office of the US Trustee<br>Attn: Hector Duran<br>515 Rusk, Suite 3516<br>Houston, TX 77002<br>Hector.Duran.Jr.@usdoj.gov |

**SECURED CREDITORS**

| | |
|---|---|
| ZSBNP, LLC* | Amegy Bank National Association |
| Hughes Watters Askanase, LLP | PO Box 27459 |
| Michael Weems | Houston, TX 77227-7459 |
| Carolyn Taylor | |
| Robert Vasquez | |
| 1201 Louisiana St., 28th Fl. | |
| Houston, TX 77002 | |

Secured by lien against real property and personal property at Hotel
Balance as of 6/30/22
First Lien: $6,658,607.80
Second Lien: $2,726,159.35

**TWENTY LARGEST UNSECURED CREDITORS**

| | |
|---|---|
| Thomas B. Mock, PC | HarDam Hotels, LLC |
| 13760 Noel Road, Suite 1020 | 3906 Brookston Street |
| Dallas, Texas 75240 | Houston, TX 77045 |

**OTHER INTERESTED PARTIES**

| | | |
|---|---|---|
| ZSBMP, LLC | George Lee, Paul Lee, Jack Lee | Harris County |
| c/o Michael Weems | c/o Thane Tyler Sponsel III | c/o Jeannie Lee Andresen |
|    Dominique Varner | **SPONSEL MILLER** | **LINEBARGER GOGGAN ET AL** |
| **HUGHES WATTERS** | **GREENBERG PLLC** | PO BOX 3064 |
| **ASKANASE** | 50 Briar Hollow Lane | Houston, TX 77253-3064 |
| 1201 Louisiana, 28th Floor | Suite 370 West | Houston_bankruptcy@lgbs.com |
| Houston, TX 77002 | Houston, TX 77027 | |
| mweems@hwa.com | sponsel@smglawgroup.com | |
| dvarner@hwa.com | roger@smglawgroup.com | |
| | zachary.clark@smglawgroup.com | |
| | allen.landon@smglawgroup.com | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: § | | |
| § | Case No. 23-30025 | |
| **CENTERPOINTE PARTNERS @ TEXAS, LLC** § § | Chapter 11 | |
| § | | |
| Debtor. § | | |

**MASTER SERVICE LIST**
(as of January 10, 2023)

**DEBTOR AND DEBTOR'S COUNSEL**

CenterPointe Partners @ Texas, LLC
10505 East Freeway
Houston, TX 77029-1926

Christopher Adams
Texas Bar No. 24009857
David L. Curry, Jr.
Texas Bar No. 24065107
Ryan A. O'Connor
Texas Bar No. 24098190
**OKIN ADAMS BARTLETT CURRY LLP**
1113 Vine Street, Suite 240
Houston, Texas 77002
Tel: 713.228.4100
Fax: 346.247.7158
cadams@okinadams.com
dcurry@okinadams.com
roconnor@okinadams.com

**GOVERNMENT AGENCIES**

| | | |
|---|---|---|
| Texas Railroad Commission<br>1701 N. Congress<br>PO Box 12967<br>Austin, TX 78711-2967 | Office of the U.S. Trustee<br>515 Rusk, Suite 3516<br>Houston, TX 77002 | Texas Comptroller of Public Accts<br>PO Box 149348<br>Austin, TX 78714-9348 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Comptroller of Public Accounts<br>Attn: Christopher J. Dylla<br>Bankruptcy & Collections Div.<br>PO Box 12548-MC008<br>Austin, TX 78711-2548<br>Christopher.Dylla@oag.texas.gov | Office of the US Trustee<br>Attn: Hector Duran<br>515 Rusk, Suite 3516<br>Houston, TX 77002<br>Hector.Duran.Jr@usdoj.gov |
| Harris County Tax Assessor<br>PO Box 3547<br>Houston, TX 77253 | Houston Department of Health &<br>Human Services<br>PO Box 300008<br>Houston, TX 77230 | City of Houston Public Works<br>PO Box 1560<br>Houston, TX 77251 |

| | | |
|---|---|---|
| City of Houston Fire Permit Office<br>PO Box 3625<br>Houston, TX  77253 | City of Houston Bldg Inspections<br>PO Box 2688<br>Houston, TX  77252 | City of Houston, Sign Admin<br>PO Box 2688<br>Houston, TX  77252 |

**SECURED CREDITORS**

| | | |
|---|---|---|
| U.S. Small Business Administration<br>SBA Disaster Loan Service Center<br>1545 Hawkins Blvd, Suite 202<br>El Paso, TX 79925-2652<br>United States<br>Phone: 800-487-6019<br>Fax: 202-481-5105<br><br>SBA Disaster Loan No. 9020537401<br><br>Secured by all asset lien, including cash.<br><br>$500,000.00 plus interest | ZSBNP, LLC*<br>Hughes Watters Askanase, LLP<br>Michael Weems<br>Carolyn Taylor<br>Robert Vasquez<br>1201 Louisiana St., 28th Fl.<br>Houston, TX 77002<br><br>Contingent<br>Secured by lien against real property and personal property at Hotel<br>Balance as of 6/30/22<br>First Lien:  $6,658,607.80<br>Second Lien:  $2,726,159.35 | Amegy Bank National Association<br>PO Box 27459<br>Houston, TX 77227-7459<br><br>(this is the same info as the ZSBMP debt) ??? |

**UNSECURED CREDITORS**

| | | |
|---|---|---|
| Thomas B. Mock, PC<br>13760 Noel Road, Suite 1020<br>Dallas, Texas 75240 | HarDam Hotels, LLC<br>3906 Brookston Street<br>Houston, TX  77045 | Gibson Hotel Management, Inc.<br>409 Montbrook Lane<br>Knoxville, TN 37919 |
| Hasan & Associates, CPAs, PC<br>6671 Southwest Freeway, Ste 315<br>Houston, TX 77074<br>manzoor.hasan@hasancpa.com | A&A Grease Trap Cleaning<br>902 Blanchard Hill Lane<br>Houston, TX  77047 | ALE Solutions, Inc<br>1 West Illinois Street, Suite 300<br>St. Charles, IL  60174 |
| Amadeus Hospitality<br>29618 Network Place<br>Chicago, IL  60673 | American Bankers Insurance Co.<br>PO Box 731178<br>Dallas, TX  75373 | American Business Machines, Inc.<br>PO Box 4346<br>Houston, TX  77210 |
| American Elevator Inspections<br>PO Box 2709<br>Baytown, TX  77522 | AmEx Global Business Travel<br>14635 N. Kierland Blvd, Ste 200<br>Scottsdale, AZ  85254 | RR Donnelley<br>7810 Solution Center<br>Chicago, IL  60677 |

| | | |
|---|---|---|
| AT&T Wi-Fi Services<br>PO Box 5005<br>Carol Stream, IL  60197 | Best Wash, Inc.<br>15012 Eddie Dr.<br>Humble, TX  77396 | Beyline Construction<br>9519 Glendown Lane<br>Houston, TX  77070 |
| BIG Man's Plumbing and Carpentry<br>7606 Goldfinch Drive<br>Humble, TX  77396 | Bluemoon Laundry Equipment<br>23923 Sawmill Pass<br>Spring, TX  77373 | Bulbs.com<br>243 Stafford Street<br>Worcester, MA  01603 |
| Capital Premium Financing, Inc.<br>PO Box 660899<br>Dallas, TX  75266 | Cawley<br>PO Box 2110<br>Manitowoc, WI  54221 | Centerpointe Hotels@Texas, LLC<br>4702 La Branch Street<br>Houston, TX  77004 |
| Coast to Coast Computer Products<br>4277 Valley Fair St.<br>Simi Valley, CA  93063 | Commlog LLC<br>33 N Parsell Suite B<br>Mesa, AZ  85203 | Coporate Graphics Int'l West<br>1885 Northway Dr.<br>North Mankato, MN  56003 |
| Digital Dolphin Supplies<br>811 N. Cataline Ave, Suite 1104<br>Redondo Beach, CA  90277 | Adams Keegan, Inc.<br>6750 Poplar Avenue<br>Suite 400<br>Germantown, TN 38138 | Adams Keegan, Inc.<br>6301 Gaston Avenue<br>#1406<br>Dallas, TX 75214 |
| DMX INC.<br>PO Box 602777<br>Charlotte, NC  28260 | Ecolab<br>PO Box 70343<br>Chicago, IL  60673 | Edward Don & Company<br>9801 Adam Don Parkway<br>Woodrige, IL  60517 |
| Employers Preferred Ins. Co.<br>PO Box 842110<br>Los Angeles, CA  90084 | Erwyn Products Company Inc.<br>200 Campus Dr., Suite 200<br>Morganville, NJ  7751 | Fast Track Specialties, LP<br>10230 Carter Road, Suite 100<br>Houston, TX  77070 |
| General Electric Co<br>PO Box 840340<br>Dallas, TX  75284 | Gerald Franklin Agency, Inc<br>2525 North Loop West #275<br>Houston, TX  77008 | Greater Houston Convention<br>&Visitors Bureau<br>1331 Lamar Street,  Suite 700<br>Houston, TX  77010 |
| Harlan Graphic Arts Services, Inc.<br>4752 River Rd.<br>Cincinnati, OH  45233 | Hotel & Lodging Association<br>Greater Houston<br>PO Box 1043<br>Houston, TX  77251 | Houston East Chamber of<br>Commerce<br>550 Gulfgate Center<br>Houston, TX  77087 |
| Innvision Hospitality,Inc.<br>504 Carver Road<br>Griffin, GA  30224 | Insight Direct USA, Inc.<br>PO Box 731069<br>Dallas, TX  75373 | IPFS Coporation<br>PO Box 730223<br>Dallas, TX  75373 |
| It's Bugs or Us<br>14173 Northwest Fry<br>Houston, TX  77040 | J Fields Construction<br>906 West Betrand<br>Houston, TX  77088 | JM Wallcovering<br>343 Oakdale Dr.<br>Stafford, TX  77477 |

Kauffman Co. Fire & Life Safety
13225 FM 529, Suite A
Houston, TX  77041

Lands' End Business Outfitters
PO Box 217
Dodgeville, WI  53533

Moffat
PO Box 60448
Charlotte, NC  28260

Moises Cardenas Rocha
POBox 924403
Houston, TX  77292

Murray Insurance And Financial
3550 FM 1092
Missouri City, TX  77459

National Pen Co, LLC.
12121 Scripps Summit Dr.
Suite 200
San Diego, CA  92131

Newmarket International, Inc.
75 New Hamsphire Ave Suite 300
Portsmouth, NH  03801

Nick's Plumbing and Sewer Svc
1420 N Durham Dr.
Houston, TX  77008

North Channel Area Chamber of Commerce
13301 I-10 East Freeway
Houston, TX  77015

Office Depot, Inc.
POBox 660113
Dallas, TX  75266

Onity Inc.
Lockbox 223067
Pittsburg, PA  15251

Sandra Upholstery
1403 Leggett Dr.
Galena Park, TX  77547

Serta Simmons Bedding,LLC
2600 Forbs Avenue
Hoffman Estates, IL  60192

Plasticard-Locktech International
605 Sweeten Creek Industrial Pk
Asheville, NC  28803

Power Play Marketing
33533 W 12 Mile Rd, Suite 205
Farmington Hills, MI  48331

Premium Assignment Corporation
PO Box 8000
Tallahassee, FL  32314

Reliant
POBox 650475
Dallas, TX  75265

Richard Jenkins
4128 Darby St
Bacliff, TX  77518

RNDC Texas, LLC
6511 Tri County Parkway
Schertz, TX  78154

Space City Backflow
13518 Schumann Trails
Sugarland, TX  77498

Sunshine G
7070 Mayard Road
Houston, TX  77041

Blueport Wireless, Inc.
27 Renmar Avenue
Walpole, MA 02081

USA Today
PO Box 677446
Dallas, TX 75267

Vistar
PO Box 951080
Dallas, TX 75395

Carbon's Golden Malted
PO Box 129
Concordville, PA 19331

Centerpoint Energy Resources
4702 La Branch Street
Houston, TX 77004

Coca-Cola Southwest Beverages
PO Box 744010
Atlanta, GA 30384

Comcast
PO Box 60533
City of Industry, CA 91716

De Lage Landen Financial
PO Box 41602
Philadelphia, PA 19101

Direct Energy Business, LLC
1001 Liberty Avenue
Pittsburgh, PA 15222

Grasshopper Landscape
2610 Broomsedge Drive
Houston, TX 77084

HD Supply Facilities
PO Box 509058
San Diego, CA 92150

Hilton Worldwide
4649 Paysphere Circle
Chicago, IL 60674

iMetro Technologies
22315 Taren Court
Tomball, TX 77375

Oracle Elevator
PO Box 850001
Orlando, FL 32885

P'Jays Pool Service
PO Box 96029
Houston, TX 77213

| | | |
|---|---|---|
| Pasics Electronics System<br>2518 Atlas Drive<br>Missouri City, TX 77459 | Roadrunner Recycling, Inc.<br>PO Box 6011<br>Hermitage, PA 16148 | Royal Cup Inc.<br>160 Cleage Drive<br>Birmingham, AL 35217 |
| RR Donnelley<br>7810 Solution Center<br>Chicago, IL 60677 | Silver Eagle Distributors<br>3505 Pasadena Fwy<br>Pasadena, TX 77503 | Space City Backflow<br>13518 Schumann Trails<br>Sugar Land, TX 77498 |
| Sysco Guest Supply LLC<br>PO Box 6771<br>Somerset, NJ 08875 | Sysco Houston<br>10710 Greens Crossing Blvd<br>Houston, TX 77038 | Terminix Processing Center<br>PO Box 802155<br>Chicago, IL 60680 |

**OTHER INTERESTED PARTIES**

| | | |
|---|---|---|
| ZSBMP, LLC<br>c/o Michael Weems<br>    Dominique Varner<br>**HUGHES WATTERS ASKANASE**<br>1201 Louisiana, 28th Floor<br>Houston, TX 77002<br>mweems@hwa.com<br>dvarner@hwa.com | CenterPointe Hotels @ Texas II, LP<br>3906 Brookston Street<br>Houston, TX 77045 | George Lee, Paul Lee, Jack Lee<br>c/o Thane Tyler Sponsel III<br>**SPONSEL MILLER GREENBERG PLLC**<br>50 Briar Hollow Lane<br>Suite 370 West<br>Houston, TX 77027<br>sponsel@smglawgroup.com<br>roger@smglawgroup.com<br>zachary.clark@smglawgroup.com<br>allen.landon@smglawgroup.com |
| Harris County<br>c/o Jeannie Lee Andresen<br>**LINEBARGER GOGGAN ET AL**<br>PO BOX 3064<br>Houston, TX 77253-3064<br>Houston_bankruptcy@lgbs.com | | |