**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | **Case No. 23-30023** |
| **CENTERPOINTE HOTELS** | § | |
| **@ TEXAS II, LP**, *et al.*, | § | **Chapter 11** |
| | § | |
| Debtors.[1] | § | **(Jointly Administered)** |

**GLOBAL NOTES REGARDING DEBTORS' SCHEDULES OF ASSETS AND**
**LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

The Schedules of Assets and Liabilities (the "Schedules") and the Statements of Financial Affairs (the "Statements," and collectively with the Schedules, the "Schedules and Statements") filed by Debtors CenterPointe Hotels @ Texas II, LP ("CP Hotels") and CeterPointe Partners @ Texas, LLC ("CP Partners," and, with CP Hotels, the "Debtors"), in the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court"), were prepared pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure by management of the Debtors and are unaudited. While the Debtor's management has made every reasonable effort to ensure that the Schedules and Statements are accurate and complete, based upon information that was available to them at the time of preparation, the subsequent receipt of information may result in material changes to the financial data and other information contained therein. The Debtors reserve the right to amend the Schedules and Statements from time to time as may be necessary or appropriate. These Global Notes Regarding Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs (the "Global Notes") are incorporated by reference in, and comprise an integral part of, the Schedules and Statements, and should be referred to and reviewed in connection with any review of the Schedules and Statements.

**The Schedules and Statements and Global Notes should not be relied upon by any person for information relating to current or future financial conditions, events or performance of any of the Debtors. Due to numerous unliquidated, contingent and/or disputed claims, summary statistics in the Schedule, Statements and Global Notes likely significantly understate the Debtors' liabilities.**

1.      Reservation of Rights.  On September 21, 2022, Paul Lee, Jack Lee, George Lee, (the "Lees") and Agama Properties, LLC (the "Special Partners"), each holders of Special Partnership Interests in CP Hotels, illegally obtained a Temporary Restraining Order ("TRO") from the District Court of Harris County, Texas, 165th Judicial District (the "State Court") barring James O Guillory, Jr. from acting as Manager of CP Partners and requiring that management of

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective Employer Identification Numbers, are as follows: CenterPointe Hotels @ Texas II, LP (5812); and CenterPointe Partners @ Texas, LLC *d/b/a* Hampton Inn I-10 East (4943).  The Debtors' service address is: 3906 Brookston Street, Houston, Texas 77045.

CP Partners turned over to Robby Frank, an employee of the Lee's real estate company, Japage Realty.  With the TRO in place, the Debtors' rightful management was lock out from and prohibited access to the Debtors books and records until November 28, 2022, the Special Partner plaintiffs abandoned their state court litigation.  Since resuming control of CP Hotels and CP Partners, existing management has attempted to reconcile and audit the books and records, but such process is not complete.

Accordingly, although current management has made reasonable efforts to insure that the Schedules and Statements are accurate and complete based on information that was available to them at the time of preparation, subsequent information or discovery may result in material changes to one or more of the Schedules and Statements; indeed inadvertent errors, omissions or inaccuracies may exist.  Moreover, because the Schedules and Statements contain unaudited information, there can be no assurance that the Schedules and Statements are wholly accurate and complete.  The Debtors reserve the right to amend and/or supplement any and all of the Schedules and Statements from time to time as they deem necessary and appropriate.

    2.   <u>Summary of Significant Reporting Policies</u>.  The following conventions were adopted by the Debtors in the preparation of the Schedules and Statements

    a.  <u>Currency.</u>  All amounts are reflected in U.S. Dollars.

    b.  <u>Litigation</u>.  The Debtor has listed in Schedule F all known claimants related to any pending or threatened litigation action as contingent, disputed and unliquidated with unknown amounts. Although claim amounts were not estimated, allowed claims, if any, for these claimants may be substantial. Any information contained in Schedule F with respect to potential litigation shall not be a binding representation of the Debtor's liabilities with respect to any of the potential suits and proceedings included therein.

    c.  <u>Causes of Action</u>.  The Debtor has not necessarily set forth all claims or causes of action against third parties as assets in the Schedules and Statements. The Debtors reserve all of their rights with respect to any such claims or causes of action they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such causes of action.

    d.  <u>Secured Claims</u>.  Except as otherwise agreed pursuant to a stipulation or agreed order or order entered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the validity, perfection or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D of any Debtors. Moreover, although the Debtors may have scheduled claims of various creditors as secured claims, except as otherwise agreed pursuant to a stipulation or agreed order or order entered by the Bankruptcy Court, the Debtors reserves all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument (including without limitation, any intercompany agreement) related to such creditor's claim. The descriptions provided in Schedule D are intended only to be a summary. Reference to the applicable loan agreements

and related documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.

3. <u>Disputed, Contingent and/or Unliquidated Claims</u>.  Schedules D, E and F permit each of the Debtors to designate a claim as disputed, contingent and/or unliquidated. A failure to designate a claim on any of the Schedules as disputed, contingent and/or unliquidated does not constitute an admission that such claim is not subject to objection by the Debtors. The Debtors reserve the right to dispute, or assert offsets or defenses to, any claim reflected on the Schedules as to amount, liability or status.

4. <u>Global Notes Control</u>. In the event that the Schedules and Statements differ from the foregoing Global Notes, the Global Notes shall control.

**Fill in this information to identify the case:**

Debtor name  **CenterPointe Partners @ Texas, LLC**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF TEXAS

Case number (if known)  **23-30023**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■  *Schedule A/B: Assets—Real and Personal Property* (Official Form 206A/B)

■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■  *Schedule H: Codebtors* (Official Form 206H)

■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  Amended *Schedule*

■  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __January 20, 2023__          X /s/ James O. Guillory Jr.
                                                              Signature of individual signing on behalf of debtor

                                                              **James O. Guillory Jr.**
                                                              Printed name

                                                              **Manager**
                                                              Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **CenterPointe Partners @ Texas, LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known): | **23-30023** |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **ZSBNP, LLC c/o Hughes Watters Askanase, LLP 1201 Louisiana, 28th Floor Houston, TX 77002** | | **FFE to the extent purchased with loan proceeds** | **Contingent Disputed** | **$4,092,506.59** | **$0.00** | **$4,092,506.59** |
| **ZSBNP, LLC c/o Hughes Watters Askanase, LLP 1201 Louisiana, 28th Floor Houston, TX 77002** | | **FFE to the extent purchased with loan proceeds** | **Contingent Disputed** | **$2,726,159.35** | **$0.00** | **$2,726,159.35** |
| **US Small Business Administration SBA Disaster Loan Service Center 1545 Hawkins Blvd., Suite 202 El Paso, TX 79925-2652** | | **Secured by all assets, including cash. Plus interest** | | **$500,000.00** | **$0.00** | **$500,000.00** |
| **Adams Keegan, Inc. 6750 Poplar Avenue Suite 400 Germantown, TN 38138** | | **Payroll; Invoice Nos. 624254 and 624809** | | | | **$21,855.58** |
| **IPFS Coporation PO Box 730223 Dallas, TX 75373** | | **Jan 23 due 12/27/22** | | | | **$6,259.50** |
| **Sysco Houston 10710 Greens Crossing Blvd Houston, TX 77038** | | **Invoice Nos. 667223506, 667234317, 667244945, 667252855, 667262616, 667270176, 667284126** | | | | **$5,996.54** |

| Debtor | **CenterPointe Partners @ Texas, LLC** | | Case number *(if known)* | **23-30023** |
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Hilton Worldwide<br>4649 Paysphere Circle<br>Chicago, IL 60674 | | Invoice Nos. 11604-1295666 and CONSL-2006687 | | | | $4,932.52 |
| City of Houston Public Works<br>P.O. Box 1560<br>Houston, TX 77251 | | Invoice Nos. 102522, 120622, 122222 | | | | $4,462.97 |
| Direct Energy Business, LLC<br>1001 Liberty Avenue<br>Pittsburgh, PA 15222 | | Invoice Nos. 179003296279 and 2236300507221 | | | | $3,211.28 |
| Christopher Jackson<br>13115 Peppergate Ln<br>Houston, TX 77044 | | | | | | $2,884.62 |
| Comcast<br>PO Box 60533<br>City of Industry, CA 91716 | | Invoice Nos. 12042022 and 120422 | | | | $2,528.81 |
| Visa<br>PO Box 4521<br>Carol Stream, IL 60197-4521 | | | | | | $2,253.16 |
| Shaunte Simon<br>435 Gans<br>Houston, TX 77029 | | | | | | $1,923.08 |
| HD Supply Facilities Maintenance<br>P.O. Box 509058<br>San Diego, CA 92150 | | Invoice Nos. 9201258908, 9205319901, 9207448271, 9208939537, 9209411440, 9209411441, 9209453706, 9209453707, 9209503736, 9209503737, 9209503738, 920 | | | | $1,900.31 |
| Centerpoint Energy Resources<br>4702 LaBranch Street<br>Houston, TX 77004 | | Invoice dated 12/29/22 | | | | $1,433.40 |
| Sandra Rhode<br>5715 Gorman Dr<br>Houston, TX 77049-4101 | | | | | | $1,200.00 |

Debtor  **CenterPointe Partners @ Texas, LLC**                                          Case number *(if known)*   **23-30023**
        ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Edwin Hernandez 8410 Tavenor Ln Houston, TX 77075-2160** | | | | | | **$1,100.00** |
| **Myra Massop 6827 Forbes Run Dr Houston, TX 77075-1471** | | | | | | **$1,000.00** |
| **Jarrod Foster 13331 Reads Ct Houston, TX 77015-1344** | | | | | | **$1,000.00** |
| **Louis Duplechain 23893 S Wildwood Rd Porter, TX 77365-6675** | | | | | | **$1,000.00** |

**Fill in this information to identify the case:**

Debtor name  **CenterPointe Partners @ Texas, LLC**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF TEXAS

Case number (if known)  **23-30023**

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals       **12/15**

| Part 1: | **Summary of Assets** |
|---|---|

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................... $ **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................. $ **469,999.00**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................... $ **469,999.00**

| Part 2: | **Summary of Liabilities** |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $ **7,318,665.94**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................. $ **16,607.70**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................. +$ **62,498.99**

4. Total liabilities ...................................................................................
    Lines 2 + 3a + 3b

$ **7,397,772.63**

**Fill in this information to identify the case:**

Debtor name     **CenterPointe Partners @ Texas, LLC**

United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF TEXAS

Case number (if known)   **23-30023**

☐ Check if this is an
   amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:     Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| | Name of institution (bank or brokerage firm) | Type of account       Last 4 digits of account number | |
| 3.1. | **Mountain Commercial Bank** | **Business Checking**       2462 | $205,138.00 |
| 3.2. | **Wells Fargo Bank N.A.** | **Business Checking**       1613 | $12,913.00 |
| 4. | **Other cash equivalents** *(Identify all)* | | |
| 4.1. | **EIDL proceeds held in trust by CenterPointe Hotel Partners, LLC** | | $250,628.00 |

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   | $468,679.00 |
   |---|

**Part 2:     Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☑ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Debtor   **CenterPointe Partners @ Texas, LLC**                    Case number *(If known)*  **23-30023**
_____Name_____

Description, including name of holder of prepayment

8.1.   **Thomas B. Mock, PC IOLTA Account balance**                                **$1,320.00**

---

9.   **Total of Part 2.**                                                        | **$1,320.00** |

Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity:    % of ownership | | |
| 15.1. | **General Partnership Interests in CenterPointe Hotels @ Texas II, LP**    1 % | | **Unknown** |
| 15.2. | **Class A Special Limited Partnership Interests in CenterPointe Hotels @ Texas II, LP**    10 % | | **Unknown** |
| 15.3. | **Class B Special Limited Partnership Interests in CenterPointe Hotels @ Texas II, LP**    39 % | | **Unknown** |
| 16. | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**<br>Describe: | | |

17.   **Total of Part 4.**                                                     | **$0.00** |

Add lines 14 through 16.  Copy the total to line 83.

| Part 5: | Inventory, excluding agriculture assets |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Debtor **CenterPointe Partners @ Texas, LLC**          Case number *(If known)* **23-30023**
Name

19. **Raw materials**

20. **Work in progress**

21. **Finished goods, including goods held for resale**

22. **Other inventory or supplies**
    **Facility Replaceables**                                    **$11,825.55**                                      **Unknown**

23. **Total of Part 5.**                                                                                   **$0.00**

    Add lines 19 through 22.  Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
    ☒ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ☒ No
    ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** <br> Admin Furniture and Equipment | **$5,152.96** | | **Unknown** |
| Hotel Furniture & Fixtures | **$12,954.70** | | **Unknown** |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** <br> Computer Equipment | **$38,205.52** | | **Unknown** |
| Software | **$1,199.14** | | **Unknown** |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
    books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card

Debtor    **CenterPointe Partners @ Texas, LLC**                    Case number *(if known)*  **23-30023**
_____
Name

collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**                                                                           | $0.00 |
    Add lines 39 through 42.  Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

<div style="background:black;color:white">Part 8:</div>   **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No.  Go to Part 9.
    ■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** Hotel Machinery & Equipment | $40,754.15 | | Unknown |

51. **Total of Part 8.**                                                                           | $0.00 |
    Add lines 47 through 50.  Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ■ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

<div style="background:black;color:white">Part 9:</div>   **Real property**

54. **Does the debtor own or lease any real property?**

    ☐ No.  Go to Part 10.
    ■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Debtor  **CenterPointe Partners @ Texas, LLC**          Case number *(If known)*  **23-30023**
_____
Name

acreage, factory, warehouse,
apartment or office building, if
available.

| 55.1. | **10505 East Fwy**<br>**Houston, TX**<br>**77029-1926**<br>**Hotel building** | **Lease** | **Unknown** | | **Unknown** |

56. **Total of Part 9.**
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
    Copy the total to line 88.

    **$0.00**

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ■ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 10: | **Intangibles and intellectual property** |

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ■ No.  Go to Part 11.
    ☐ Yes Fill in the information below.

| Part 11: | **All other assets** |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

**Current value of
debtor's interest**

71. **Notes receivable**
    Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit
    has been filed)**
    **Potential claims and causes of action against Paul Lee,
    Jack Lee, George Lee, Agama Properties, LLC, and
    Robby Frank related to or arising from the improper
    filing of that litigation styled CenterPointe Hotels @
    Texas II, L.P., et al, v. CenterPointe Partners @ Texas,
    LLC, Cause Number 2022-60359, in the 165th District
    Court of Harris County, Texas, and actions or omissions
    occurring during the pendency of the same, including but
    not limited claims for damages for breach of fiduciary
    duty, tortious interference with contractual relationship,
    and gross negligence.**                                   **Unknown**
    Nature of claim
    Amount requested                  **$0.00**

Debtor    **CenterPointe Partners @ Texas, LLC**                          Case number *(If known)*  **23-30023**
_____
Name

75.    **Other contingent and unliquidated claims or causes of action of
every nature, including counterclaims of the debtor and rights to
set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
country club membership

78.    **Total of Part 11.**                                                                          | **$0.00** |
       Add lines 71 through 77. Copy the total to line 90.                                    _____

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Debtor   **CenterPointe Partners @ Texas, LLC**                        Case number *(If known)*  **23-30023**
_____
Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $468,679.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $1,320.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.........................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $469,999.00 | + 91b.  $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $469,999.00 |

**Fill in this information to identify the case:**

Debtor name  **CenterPointe Partners @ Texas, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known)   **23-30023**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1**  **US Small Business Administration**<br>Creditor's Name<br><br>**SBA Disaster Loan Service Center**<br>**1545 Hawkins Blvd., Suite 202**<br>**El Paso, TX 79925-2652**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Secured by all assets, including cash. Plus interest**<br><br><br>Describe the lien<br>**Security Agreement**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes | $500,000.00 | $0.00 |

Creditor's email address, if known

Is anyone else liable on this claim?<br>
☐ No<br>
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**<br>
**5/19/2020**

**Last 4 digits of account number**<br>
**7401**

**Do multiple creditors have an interest in the same property?**<br>
■ No<br>
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**<br>
Check all that apply<br>
☐ Contingent<br>
☐ Unliquidated<br>
☐ Disputed

---

| **2.2**  **ZSBNP, LLC**<br>Creditor's Name<br><br>**c/o Hughes Watters Askanase, LLP**<br>**1201 Louisiana, 28th Floor**<br>**Houston, TX 77002**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**FFE to the extent purchased with loan proceeds**<br><br><br>Describe the lien<br>**UCC-1**<br>Is the creditor an insider or related party?<br>☐ No<br>■ Yes | $4,092,506.59 | $0.00 |

Creditor's email address, if known

Is anyone else liable on this claim?<br>
☐ No<br>
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**<br>
**10/11/2013**

Debtor   **CenterPointe Partners @ Texas, LLC**
_____
Name

Case number (if known)   **23-30023**
_____

Last 4 digits of account number

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ■ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.3 | **ZSBNP, LLC** | **Describe debtor's property that is subject to a lien** | $2,726,159.35 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**c/o Hughes Watters
Askanase, LLP
1201 Louisiana, 28th Floor
Houston, TX 77002**
Creditor's mailing address

**FFE to the extent purchased with loan proceeds**

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
☐ No
■ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ■ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   **$7,318,665.94**

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| **Name  and address** | **On which line in Part 1 did you enter the related creditor?** | **Last 4 digits of account number for this entity** |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name **CenterPointe Partners @ Texas, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS

Case number (if known) **23-30023**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Christopher Jackson**<br>**13115 Peppergate Ln**<br>**Houston, TX 77044** | $2,884.62 | $0.00 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address<br>**Donna Galaviz**<br>**10810 Garrick Ln**<br>**Houston, TX 77013-5440** | $350.00 | $0.00 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Debtor   **CenterPointe Partners @ Texas, LLC**
_____
Name

Case number (if known)   **23-30023**
_____

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,100.00** | **$0.00** |
|---|---|---|---|---|

**Edwin Hernandez**
**8410 Tavenor Ln**
**Houston, TX 77075-2160**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$600.00** | **$0.00** |
|---|---|---|---|---|

**Ella Smith**
**5601 Royal Palms St**
**#229**
**Houston, TX 77021-3835**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$500.00** | **$0.00** |
|---|---|---|---|---|

**Elvira Murillo**
**10602 Palestine St**
**Houston, TX 77029**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,000.00** | **$0.00** |
|---|---|---|---|---|

**Jarrod Foster**
**13331 Reads Ct**
**Houston, TX 77015-1344**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **CenterPointe Partners @ Texas, LLC** | Case number (if known) | **23-30023** |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,000.00** | **$0.00** |
|---|---|---|---|---|
| | **Louis Duplechain**<br>**23893 S Wildwood Rd**<br>**Porter, TX 77365-6675** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$500.00** | **$0.00** |
|---|---|---|---|---|
| | **Marcela Puga**<br>**11647 Woodbuck Trail**<br>**Houston, TX 77013** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$800.00** | **$0.00** |
|---|---|---|---|---|
| | **Maria Lopez**<br>**14132 Bonham st**<br>**Apt 10**<br>**Houston, Tx 77015-5283** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$800.00** | **$0.00** |
|---|---|---|---|---|
| | **Maria Vasquez**<br>**10333 S La Crosse St**<br>**Houston, TX 77029-2117** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | **CenterPointe Partners @ Texas, LLC** | Case number (if known) | **23-30023** |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$450.00** | **$0.00** |
|---|---|---|---|---|

**Mirna Alvarez**
**12380 Wood Bayou Dr**
**Apt 701**
**Houston, TX 77013-4957**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,000.00** | **$0.00** |
|---|---|---|---|---|

**Myra Massop**
**6827 Forbes Run Dr**
**Houston, TX 77075-1471**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,000.00** | **$0.00** |
|---|---|---|---|---|

**Rachika Dillard**
**7625 Hammerly Blvd**
**Suite 115**
**Houston, TX 77055-1942**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$450.00** | **$0.00** |
|---|---|---|---|---|

**Rafaela Amezquita**
**11035 Vanilla Ridge Ct**
**Houston, TX 77044-1274**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Debtor **CenterPointe Partners @ Texas, LLC**
Name

Case number (if known)   **23-30023**

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$400.00** | $0.00 |
|---|---|---|---|---|
| | **Rose Williams**<br>**7410 Lockwood Dr**<br>**Houston, TX 77016-7034** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,200.00** | $0.00 |
|---|---|---|---|---|
| | **Sandra Rhode**<br>**5715 Gorman Dr**<br>**Houston, TX 77049-4101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,923.08** | $0.00 |
|---|---|---|---|---|
| | **Shaunte Simon**<br>**435 Gans**<br>**Houston, TX 77029** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$650.00** | $0.00 |
|---|---|---|---|---|
| | **Tireta Bowen**<br>**411 West Rd**<br>**Apt 502**<br>**Houston, TX 77038-2648** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

Debtor  **CenterPointe Partners @ Texas, LLC**
_____
Name

Case number (if known)  **23-30023**

| | |
|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address** |

**A&A Grease Trap Cleaning**
**902 Blanchard Hill Ln**
**Houston, TX 77047**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| 3.2 | **Nonpriority creditor's name and mailing address** |

**Adams Keegan, Inc.**
**6750 Poplar Avenue**
**Suite 400**
**Germantown, TN 38138**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Payroll; Invoice Nos. 624254 and 624809_

Is the claim subject to offset? ■ No ☐ Yes

**$21,855.58**

---

| | |
|---|---|
| 3.3 | **Nonpriority creditor's name and mailing address** |

**American Business Machines, Inc.**
**PO Box 4346**
**Houston, TX 77210**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| 3.4 | **Nonpriority creditor's name and mailing address** |

**American Elevator Inspections**
**PO Box 2709**
**Baytown, TX 77522**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| 3.5 | **Nonpriority creditor's name and mailing address** |

**American Express Global Business Travel**
**14635 N.Kierland Blvd. Suite # 200**
**Scottsdale, AZ 85254**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.6 | **Nonpriority creditor's name and mailing address** |

**AT&T WiFi Services**
**PO Box 5005**
**Carol Stream, IL 60197**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Invoice dated 12/01/22_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| 3.7 | **Nonpriority creditor's name and mailing address** |

**Best Wash, Inc.**
**15012 Eddie Dr.**
**Humble, TX 77396**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **CenterPointe Partners @ Texas, LLC** | Case number (if known) | **23-30023** |
|---|---|---|---|
| | Name | | |

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**BIG Man's Plumbing And Carpentry**
**7606 Goldfinch Dr.**
**Humble, TX 77396**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$322.59** |
|---|---|---|---|

**Bluemoon Laundry Equipment, LLC**
**23923 Sawmill Pass**
**Spring, TX 77373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Invoice #10216 dated 12/18/22**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$167.00** |
|---|---|---|---|

**Blueport Wireless, Inc.**
**27 Renmar Ave**
**Walpole, MA 02081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Invoice #CW-77568 dated 11/30/22**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Bulbs.com**
**243 Stafford Street**
**Worcester, MA 01603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$265.00** |
|---|---|---|---|

**Carbon's Golden Malted**
**P.O. Box 129**
**Concordville, PA 19331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Invoice #2294M235494 dated 12/05/22**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Cawley**
**PO Box 2110**
**Manitowoc, WI 54221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,433.40** |
|---|---|---|---|

**Centerpoint Energy Resources**
**4702 LaBranch Street**
**Houston, TX 77004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Invoice dated 12/29/22**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **CenterPointe Partners @ Texas, LLC**                    Case number (if known)    **23-30023**
　　　　　　Name

| | |
|---|---|
| 3.15 | **Nonpriority creditor's name and mailing address** |

**City of Houston Fire Permit Office**
PO Box 3625
Houston, TX 77253

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| | |
|---|---|
| 3.16 | **Nonpriority creditor's name and mailing address** |

**City of Houston Public Works**
P.O. Box 1560
Houston, TX 77251

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$4,462.97**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Invoice Nos. 102522, 120622, 122222

Is the claim subject to offset? ■ No   ☐ Yes

---

| | |
|---|---|
| 3.17 | **Nonpriority creditor's name and mailing address** |

**City of Houston, Building Inspections**
PO Box 2688
Houston, TX 77252

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| | |
|---|---|
| 3.18 | **Nonpriority creditor's name and mailing address** |

**City of Houston, Sign Administration**
PO Box 2688
Houston, TX 77252

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$137.47**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Invoice #1822764 dated 12/01/22

Is the claim subject to offset? ■ No   ☐ Yes

---

| | |
|---|---|
| 3.19 | **Nonpriority creditor's name and mailing address** |

**Coast to Coast Computer Products**
4277 Valley Fair St.
Simi Valley, CA 93063

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| | |
|---|---|
| 3.20 | **Nonpriority creditor's name and mailing address** |

**Coca-Cola Southwest Beverages**
P.O. Box 744010
Atlanta, GA 30384

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$453.15**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Invoice #25954200297 dated 12/06/22

Is the claim subject to offset? ■ No   ☐ Yes

---

| | |
|---|---|
| 3.21 | **Nonpriority creditor's name and mailing address** |

**Comcast**
PO Box 60533
City of Industry, CA 91716

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$2,528.81**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Invoice Nos. 12042022 and 120422

Is the claim subject to offset? ■ No   ☐ Yes

---

Debtor     **CenterPointe Partners @ Texas, LLC**                        Case number (if known)     **23-30023**
               Name

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$745.53** |
|---|---|---|---|

**Comcast Business**
**PO Box 60533**
**City of Industry, CA 91716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Invoice #161144054**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Commlog LLC**
**33 N Parsell Suite B**
**Mesa, AZ 85203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Comptroller of Public Accounts**
**Attn:  Christopher J. Dylla**
**Bankruptcy & Collections Division**
**PO Box 12548-MC008**
**Austin, TX 78711-2548**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Coporate Graphics Int'l West**
**1885 Northway Dr.**
**North Mankato, MN 56003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**De Lage Landen Financial**
**P.O. Box 41602**
**Philadelphia, PA 19101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Digital Dolphin Supplies**
**811 N. Cataline Ave.**
**Suite 1104**
**Redondo Beach, CA 90277**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,211.28** |
|---|---|---|---|

**Direct Energy Business, LLC**
**1001 Liberty Avenue**
**Pittsburgh, PA 15222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Invoice Nos. 179003296279 and 2236300507221**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **CenterPointe Partners @ Texas, LLC**                    Case number (if known)   **23-30023**
_____
Name

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**DMX INC.**
**PO Box 602777**
**Charlotte, NC 28260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $173.32 |

**DS Services of America Inc.**
**PO Box 660579**
**Dallas, TX 75266-0579**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Invoice #22401392 120822 dated 12/08/22

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Ecolab**
**PO Box 70343**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Edward Don & Company**
**9801 Adam Don Parkway**
**Woodrige, IL 60517**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $573.02 |

**Employers Preferred Ins. Co.**
**POBox 842110**
**Los Angeles, CA 90084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Dec/Jan Payment due 12/28/22

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Erwyn Products Company Inc.**
**200 Campus Dr. suite 200**
**Morganville, NJ 07751**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Fast Track Specialties, LP**
**10230 Carter Road Suite 100**
**Houston, TX 77070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **CenterPointe Partners @ Texas, LLC**          Case number (if known)  **23-30023**
_____
Name

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $56.96 |

**FedEx**
PO Box 660481
**Dallas, TX 75266-0481**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Invoice Nos. 7-977-65373 and 7-985-21883_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**General Electric Co**
PO Box 840340
**Dallas, TX 75284**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Gerald Franklin Agency, Inc**
2525 North Loop West #275
**Houston, TX 77008**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Gibson Hotel Management, Inc.**
409 Montbrook Lane
**Knoxville, TN 37919**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $541.25 |

**Grasshopper Landscape Services**
2610 Broomsedge Dr.
**Houston, TX 77084**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Invoice #5038 dated 12/01/22_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Greater Houston Convention & Visitors Bu**
1331 Lamar Street  Suite 700
**Houston, TX 77010**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**HarDam Hotels, LLC**
3906 Brookston Street
**Houston, TX 77045**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **CenterPointe Partners @ Texas, LLC** | Case number (if known) | **23-30023** |
|---|---|---|---|
| | Name | | |

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Harlan Graphic Arts Services, Inc.**
**4752 River Rd.**
**Cincinnati, OH 45233**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Harris County Tax Assessor**
**PO Box 3547**
**Houston, TX 77253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Hasan & Associates, CPAs, PC**
**6671 Southwest Freeway**
**Suite 315**
**Houston, TX 77074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,900.31** |
|---|---|---|---|

**HD Supply Facilities Maintenance**
**P.O. Box 509058**
**San Diego, CA 92150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Invoice Nos. 9201258908, 9205319901, 9207448271, 9208939537, 9209411440, 9209411441, 9209453706, 9209453707, 9209503736, 9209503737, 9209503738, 9209719476, 9209816051**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,932.52** |
|---|---|---|---|

**Hilton Worldwide**
**4649 Paysphere Circle**
**Chicago, IL 60674**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Invoice Nos. 11604-1295666 and CONSL-2006687**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Hotel & Lodging Association of Greater H**
**PO Box 1043**
**Houston, TX 77251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Houston Department of Health & Human Ser**
**POBox 300008**
**Houston, TX 77230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **CenterPointe Partners @ Texas, LLC** | Case number (if known) | **23-30023** |
|---|---|---|---|
| | Name | | |

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Houston East Chamber of Commerce**
**550 Gulfgate Center**
**Houston, TX 77087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $757.75 |
|---|---|---|---|

**iMetro Technologies**
**22315 Taren Ct.**
**Tomball, TX 77375**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Invoice #1247 dated 01/01/23**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Innvision Hospitality,Inc.**
**504 Carver Road**
**Griffin, GA 30224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Insight Direct USA, Inc.**
**PO Box 731069**
**Dallas, TX 75373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Internal Revenue Service**
**Centralized Insolvency Operation**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,259.50 |
|---|---|---|---|

**IPFS Coporation**
**PO Box 730223**
**Dallas, TX 75373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Jan 23 due 12/27/22**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**J Fields Construction**
**906 West Betrand**
**Houston, TX 77088**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

| Debtor | **CenterPointe Partners @ Texas, LLC** | Case number (if known) | **23-30023** |
|---|---|---|---|
| | Name | | |

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**JM Wallcovering**
**343 Oakdale Dr.**
**Stafford, TX 77477**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kauffman Co. Fire & Life Safety**
**13225 FM 529 Site A**
**Houston, TX 77041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Lands' End Business Outfitters**
**PO Box 217**
**Dodgeville, WI 53533**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**LB Marketing Solutions**
**5500 E Sam Houston Pkwy N**
**Houston, TX 77015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Leslie's Swimming Pool Supplies**
**POBox 501162**
**St.Louis, MO 63150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$380.00** |
|---|---|---|---|

**M3 Accounting**
**1715 N Brown Road**
**Building A, Suite 200**
**Lawrenceville, GA 30043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Moffat**
**POBox 60448**
**Charlotte, NC 28260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **CenterPointe Partners @ Texas, LLC**                     Case number (if known)   **23-30023**
_____
Name

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Moises Cardenas Rocha**
**POBox 924403**
**Houston, TX 77292**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Murray Insurance And Financial**
**3550 FM 1092**
**Missouri City, TX 77459**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**National Pen Co, LLC.**
**12121 Scripps Summit Dr. Suite 200**
**San Diego, CA 92131**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Newmarket International, Inc.**
**75 New Hamsphire Ave Suite 300**
**Portsmouth, NH 03801**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Nick's Plumbing and Sewer Service, Inc.**
**1420 N Durham Dr.**
**Houston, TX 77008**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**North Channel Area Chamber of Commerce**
**13301 I-10 East Freeway**
**Houston, TX 77015**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$205.06** |
|---|---|---|---|

**Office Depot, Inc.**
**POBox 660113**
**Dallas, TX 75266**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: **Invoice Nos. 2.78694E+11, 2.78695E+11, 2.80737E+11, 2.80757E+11, 2.80757E+11**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **CenterPointe Partners @ Texas, LLC** | | Case number (if known) | **23-30023** |

Name

| 3.71 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Onity Inc.**
**Lockbox 223067**
**Pittsburg, PA 15251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Oracle Elevator**
**P.O. Box 850001**
**Orlando, FL 32885**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**P'Jays Pool Service**
**P.O. Box 96029**
**Houston, TX 77213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Pasics Electronics System**
**2518 Atlas Dr.**
**Missouri City, TX 77459**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$189.44** |

**Plasticard-Locktech International**
**605 Sweeten Creek Industrial Park**
**Asheville, NC 28803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Invoice #1432436 dated 11/30/22**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Premium Assignment Corporation**
**PO Box 8000**
**Tallahassee, FL 32314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Reliant**
**POBox 650475**
**Dallas, TX 75265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

Debtor   **CenterPointe Partners @ Texas, LLC**                     Case number (if known)   **23-30023**
_____
Name

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**RNDC Texas, LLC**
**6511 Tri County Parkway**
**Schertz, TX 78154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$643.66** |
|---|---|---|---|

**Roadrunner Recycling, Inc.**
**P.O. Box 6011**
**Hermitage, PA 16148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Invoice #RR-369137 dated 12/27/22**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$938.70** |
|---|---|---|---|

**Royal Cup Inc.**
**160 Cleage Drive**
**Birmingham, AL 35217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Invoice Nos. 106514053 and 106520674**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**RR Donnelley**
**7810 Solution Center**
**Chicago, IL 60677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Sandra Upholstery**
**1403 Leggett Dr.**
**Galena Park, TX 77547**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Serta Simmons Bedding,LLC**
**2600 Forbs Avenue**
**Hoffman Estates, IL 60192**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$24.06** |
|---|---|---|---|

**Sharp Electronics Corporation**
**Dept 1238**
**PO Box 121238**
**Dallas, TX 75312-1238**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Invoice #9004072849 dated 11/12/22**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **CenterPointe Partners @ Texas, LLC**                     Case number (if known)   **23-30023**
         _____
         Name

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $279.63 |

**Shaunte Simon**
**435 Gans**
**Houston, TX 77029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **2022 Expenses**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Silver Eagle Distributors**
**3505 Pasadena Fwy**
**Pasadena, TX 77503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Space City Backflow**
**13518 Schumann Trails**
**Sugarland, TX 77498**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Sunshine G**
**7070 Mayard Road**
**Houston, TX 77041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33.30 |

**Sysco Guest Supply LLC**
**P.O. Box 6771**
**Somerset, NJ 08875**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Invoice #15078105**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,996.54 |

**Sysco Houston**
**10710 Greens Crossing Blvd**
**Houston, TX 77038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Invoice Nos. 667223506, 667234317, 667244945, 667252855, 667262616, 667270176, 667284126**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $377.58 |

**Terminix Processing Center**
**P.O. Box 802155**
**Chicago, IL 60680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Nov/Dec Pest Control**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **CenterPointe Partners @ Texas, LLC** | Case number (if known) | **23-30023** |
|---|---|---|---|
| | Name | | |

---

**3.92** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Texas Railroad Commission**
**1701 N. Congress**
**PO Box 12967**
**Austin, TX 78711-2967**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.93** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Thomas B. Mock, PC**
**13760 Noel Road**
**Suite 1020**
**Dallas, TX 75240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.94** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$95.00**

**USA Today**
**P.O. Box 677446**
**Dallas, TX 75267**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Invoice #16218908 dated 11/27/22**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.95** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,253.16**

**Visa**
**PO Box 4521**
**Carol Stream, IL 60197-4521**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.96** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$305.45**

**Vistar**
**P.O. Box 951080**
**Dallas, TX 75395**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Invoice #66661757 dated 12/06/22**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Adams Keegan, Inc.**<br>**6301 Gaston Avenue**<br>**#1406**<br>**Dallas, TX 75214** | Line **3.2**<br><br>☐ Not listed. Explain ____ | _ |

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | **16,607.70** |
| 5b. Total claims from Part 2 | 5b. | + $ | **62,498.99** |

Debtor    **CenterPointe Partners @ Texas, LLC**

Name

Case number (if known)    **23-30023**

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.

5c.    $    **79,106.69**

**Fill in this information to identify the case:**

Debtor name  **CenterPointe Partners @ Texas, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known)   **23-30023**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest **Telephone service** <br><br> State the term remaining **4/15/2025** <br><br> List the contract number of any government contract | **AT&T** <br> **c/o Bankruptcy,** <br> **4331 Communications Dr.** <br> **Floor 4W** <br> **Dallas, TX 75211** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest **Real Property Lease** <br><br> State the term remaining **14 years** <br><br> List the contract number of any government contract | **CenterPointe Hotels @ Texas II, LP** <br> **3906 Brooksont Street** <br> **Houston, TX 77045** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest **Internet service provider** <br><br> State the term remaining **11/12/2024** <br><br> List the contract number of any government contract | **Comcast** <br> **PO Box 60533** <br> **City of Industry, CA 91716** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest **Cable** <br><br> State the term remaining **11/12/2024** <br><br> List the contract number of any government contract | **Comcast** <br> **PO Box 60533** <br> **City of Industry, CA 91716** |

Debtor 1    **CenterPointe Partners @ Texas, LLC**                    Case number (*if known*)    **23-30023**
_____First Name_____Middle Name_____Last Name_____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Copier Lease** | |
|---|---|---|---|
| | State the term remaining | **expired 12/31/2022** | **De Lage Landen Financial** |
| | List the contract number of any government contract | | **P.O. Box 41602** |
| | | | **Philadelphia, PA 19101** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Electricity contract** | |
|---|---|---|---|
| | State the term remaining | **2/29/2024** | **Direct Energy Business, LLC** |
| | List the contract number of any government contract | | **1001 Liberty Avenue** |
| | | | **Pittsburgh, PA 15222** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Management Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Gibson Hotel Management, Inc.** |
| | List the contract number of any government contract | | **409 Montbrook Lane** |
| | | | **Knoxville, TN 37919** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Landscaping** | |
|---|---|---|---|
| | State the term remaining | **04/30/2023** | **Grasshopper Landscape Services** |
| | List the contract number of any government contract | | **2610 Broomsedge Dr.** |
| | | | **Houston, TX 77084** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement and Brand License** | |
|---|---|---|---|
| | State the term remaining | **10/31/2031** | **Hampton Inns Franchise LLC** |
| | List the contract number of any government contract | | **7930 Jones Branch Drive** |
| | | | **attn: General Counsel** |
| | | | **Tysons Corner, VA 22102** |

Debtor 1   **CenterPointe Partners @ Texas, LLC**                                    Case number *(if known)*   **23-30023**
_____
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Management Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **HarDam Hospitality, LLC** |
| | List the contract number of any government contract | | **3906 Brookston Street** |
| | | | **Houston, TX 77045** |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Trash service** | |
|---|---|---|---|
| | State the term remaining | **06/30/2025** | **Roadrunner Recycling, Inc.** |
| | List the contract number of any government contract | | **P.O. Box 6011** |
| | | | **Hermitage, PA 16148** |

**Fill in this information to identify the case:**

Debtor name **CenterPointe Partners @ Texas, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS

Case number (if known) **23-30023**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **CenterPointe Hotels @ Texas II, LP** | **3906 Brooksont Street Houston, TX 77045 Primary obligor** | **ZSBNP, LLC** | ■ D  **2.2** ☐ E/F _____ ☐ G _____ |
| 2.2 | **CenterPointe Hotels @ Texas II, LP** | **3906 Brooksont Street Houston, TX 77045 Primary obligor** | **ZSBNP, LLC** | ■ D  **2.3** ☐ E/F _____ ☐ G _____ |
| 2.3 | **James Guillory Sr.** | **4415 Anselm Street Houston, TX 77045 Guarantor** | **ZSBNP, LLC** | ■ D  **2.2** ☐ E/F _____ ☐ G _____ |
| 2.4 | **James Guillory Sr.** | **4415 Anselm Street Houston, TX 77045 Guarantor** | **ZSBNP, LLC** | ■ D  **2.3** ☐ E/F _____ ☐ G _____ |
| 2.5 | **James Guillory Sr.** | **4415 Anselm Street Houston, TX 77045 Gurantor** | **US Small Business Administration** | ■ D  **2.1** ☐ E/F _____ ☐ G _____ |

| Debtor | **CenterPointe Partners @ Texas, LLC** | Case number *(if known)* | **23-30023** |
|--------|----------------------------------------|--------------------------|--------------|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | James O. Guillory, Jr | 3906 Brookston Stree Houston, TX 77045 Guarantor | ZSBNP, LLC | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | James O. Guillory, Jr | 3906 Brookston Stree Houston, TX 77045 Guarantor | ZSBNP, LLC | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | Lou Guillory | 5915 Emmit Creek Lane Sugar Land, TX 77479 Gurantor | US Small Business Administration | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | Lou Guillory | 5915 Emmit Creek Lane Sugar Land, TX 77479 Guarantor | ZSBNP, LLC | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | Lou Guillory | 5915 Emmit Creek Lane Sugar Land, TX 77479 Guarantor | ZSBNP, LLC | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |

---

**Fill in this information to identify the case:**

Debtor name      **CenterPointe Partners @ Texas, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known)   **23-30023**

☐ Check if this is an
amended filing

---

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          **04/22**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

---

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$2,146,911.00** |
| **For year before that:**<br>From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$1,905,545.00** |
| **For the fiscal year:**<br>From  **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other _____ | **$1,313,623.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

---

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

---

Debtor   **CenterPointe Partners @ Texas, LLC**          Case number *(if known)*   **23-30023**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.  **Burford Perry LLP**<br>**2 Houston Center**<br>**909 Fannin, Suite 2630**<br>**Houston, TX 77010** | 10/21/2022 | $15,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.2.  **Hicks Davis Wynn, P.C.**<br>**355 Timmons Lane, Suite 1000**<br>**Houston, TX 77027** | 11/01/2022<br>11/02/2022 | $30,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.3.  **Gibson Hotel Management, Inc.**<br>**409 Montbrook Lane**<br>**Knoxville, TN 37919** | 10/05/22,<br>10/20/22,<br>11/02/22,<br>11/22/22,<br>12/22/22 | $7,677.11 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.4.  **Houston First**<br>**Partnership Tower**<br>**701 Avenida de las Americas**<br>**Houston, TX 77010** | 10/11/2022 | $38,657.43 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Houston Occupancy Tax Office** |
| 3.5.  **Adams Keegan, Inc.**<br>**6750 Poplar Avenue**<br>**Suite 400**<br>**Germantown, TN 38138** | 10/01/22 to<br>12/31/22 | $156,818.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Payroll Services** |
| 3.6.  **City of Houston Occupancy Tax**<br>**PO Box 1409**<br>**Houston, TX 77251-1409** | 10/19/22,<br>11/08/22,<br>12/01/22,<br>12/22/22 | $14,452.20 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **City occupancy tax** |
| 3.7.  **Texas Comptroller of Public Accounts**<br>**PO Box 149356**<br>**Austin, TX 78714** | 10/01/22 to<br>12/31/22 | $31,272.88 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **State Occupancy Tax** |
| 3.8.  **Direct Energy Business, LLC**<br>**1001 Liberty Avenue**<br>**Pittsburgh, PA 15222** | 10/25/22,<br>11/17/22,<br>12/21/22,<br>12/28/22 | $12,477.88 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Debtor    **CenterPointe Partners @ Texas, LLC**                     Case number *(if known)*    **23-30023**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.9. **Harris County Tax Assessor**<br>PO Box 3547<br>Houston, TX 77253 | 10/20/22 | $21,869.06 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other **Wine/Beverage Tax,<br>County Occupancy Tax** |
| 3.10. **Hilton Worldwide**<br>4649 Paysphere Circle<br>Chicago, IL 60674 | 10/21/22,<br>11/28/22,<br>12/16/22 | $88,007.57 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other **Franchise fees,<br>royalties, commissions,<br>marketing** |
| 3.11. **IPFS Corporation**<br>PO Box 730223<br>Dallas, TX 75373 | 10/11/22,<br>11/08/22 | $12,865.62 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.12. **iMetro Technologies**<br>22315 Taren Court<br>Tomball, TX 77375 | 10/27/22,<br>11/21/22,<br>12/19/22 | $8,076.97 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13. **Comcast**<br>PO Box 60533<br>City of Industry, CA 91716 | 10/03/22,<br>10/06/22,<br>10/24/22,<br>10/25/22,<br>12/22/22 | $9,038.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.14. **Sysco Guest Supply LLC**<br>P.O. Box 6771<br>Somerset, NJ 08875 | 10/03/22,<br>10/24/22,<br>11/16/22,<br>12/19/22 | $23,479.96 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.15. **City of Houston Public Works**<br>P.O. Box 1560<br>Houston, TX 77251 | 10/03/22,<br>10/24/22,<br>11/17/22 | $12,839.76 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    **CenterPointe Partners @ Texas, LLC**                              Case number *(if known)*  **23-30023**

---

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **CenterPointe Hotels @ Texas II, LP**<br>**3906 Brookston Street**<br>**Houston, TX 77045**<br>**General Manager and 50% Owner** | **2022** | **$650,000.00** | **Rent** |
| 4.2. | **HarDam Hospitality, LLC**<br>**3906 Brookston Street**<br>**Houston, TX 77045**<br>**Affiliate and Agent** | **12/12/2022** | **$1,300.00** | **Accepted Operating Expense - rent and health insurance** |
| 4.3. | **HarDam Hospitality, LLC**<br>**James Guillory, Jr.**<br>**3906 Brookston Street**<br>**Houston, TX 77045**<br>**Affiliate and Agent** | **01/01/2023** | **$30,000.00** | **Compensation July-December 2022** |
| 4.4. | **HarDam Hospitality, LLC**<br>**3906 Brookston Street**<br>**Houston, TX 77045**<br>**Affiliate and Agent** | **01/19/22 to 12/31/22** | **$59,817.39** | **2.8% Management Fees** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

   ☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **CenterPointe Hotels @ Texas II, LP, et al vs CenterPointe Partners @ Texas LLC, et al 202260359** | **Civil** | **165 District Court, Harris County, TX**<br>**302 Caroline (Floor:12)**<br>**Houston, TX 77002** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

---

Official Form 207                        Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                        page **4**

Debtor   **CenterPointe Partners @ Texas, LLC**　　　　　　　Case number *(if known)*  **23-30023**

---

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

　■ None

---

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9.** **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

　■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

　■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

　☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Okin Adams Bartlett Curry LLP**<br>**1113 Vine Street**<br>**Suite 240**<br>**Houston, TX 77002** | **Retainer was paid on behalf of CenterPointe Hotels @ Texas II, LP and CenterPointe Partners @ Texas, LLC** | **12/29/2022** | **$50,000.00** |
| | **Email or website address**<br>**www.okinadams.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

　■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

---

Debtor   **CenterPointe Partners @ Texas, LLC** _____   Case number _(if known)_ **23-30023**

---

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:  Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:  Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:  Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Debtor   **CenterPointe Partners @ Texas, LLC**                    Case number *(if known)*  **23-30023**

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

Debtor   **CenterPointe Partners @ Texas, LLC**                                    Case number *(if known)*  **23-30023**

---

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Gibson Hotel Management, Inc.**<br>**409 Montbrook Lane**<br>**Knoxville, TN 37919** | **04/15/15 to present** |
| 26a.2. | **Hasan & Associates, CPAs, PC**<br>**6671 Southwest Freeway**<br>**Suite 315**<br>**Houston, TX 77074** | **Inception to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement
within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|
| | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial
statement within 2 years before filing this case.

■ None

| Name and address |
|---|
| |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the<br>inventory | Date of inventory | The dollar amount and basis (cost, market,<br>or other basis) of each inventory |
|---|---|---|
| | | |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people
in control of the debtor at the time of the filing of this case.**

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in
control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

Debtor    **CenterPointe Partners @ Texas, LLC**    Case number *(if known)*    **23-30023**

---

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 20, 2023**

**/s/ James O. Guillory Jr.**                              **James O. Guillory Jr.**
Signature of individual signing on behalf of the debtor         Printed name

Position or relationship to debtor    **Manager**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ Yes
☐ No          See Global Notes Regarding Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs