IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **CENTERPOINTE HOTELS** | § | Case No. 23-30023 (JPN) |
| **@ TEXAS II, LP,** *et al.*, | § | |
| | § | (Jointly Administered) |
| Debtors.[1] | § | |
| | § | |

## SECOND STIPULATION AND ORDER EXTENDING DEADLINE TO FILE PROOFS OF CLAIM AND INTERESTS FOR CERTAIN INTERESTED PARTIES

This Stipulation and Order (this "**Stipulation**") is made and entered into by and among (i) CenterPointe Hotels @ Texas II, LP ("**CP Hotels**") and CenterPointe Partners @ Texas, LLC ("**CP Partners**," and, together with CP Hotels, the "**Debtors**"), the above-captioned debtors and debtors in possession, (ii) HarDam Hospitality, LLC, (iii) DCG Homes, Ltd., (iv) Creekstone Properties, Ltd., (v) James Guillory Sr., (vi) Lou Guillory, and (vii) James Guillory Jr. (the foregoing (ii)–(vii), the "**Interested Parties**" and, together with the Debtors, the "**Parties**"). The Parties hereby stipulate and agree as follows:

### RECITALS

**WHEREAS**, on January 2, 2023 (the "**Petition Date**"), the Debtors filed with this Court voluntary petitions under chapter 11 (the "**Chapter 11 Cases**") of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Southern District of Texas (the "**Court**"); and

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective Employer Identification Numbers, are as follows: CenterPointe Hotels @ Texas II, LP (5812); and CenterPointe Partners @ Texas, LLC *d/b/a* Hampton Inn I-10 East (4943). The Debtors' service address is: 3906 Brookston St., Houston, Texas 77045.

**WHEREAS**, pursuant to Rule 3003-1 of the Bankruptcy Local Rules for the Southern District of Texas (the "**Bankruptcy Local Rules**") and as set forth in the *Notice of Chapter 11 Bankruptcy Case*, dated January 12, 2023 [Docket No. 33], the deadline for filing proofs of claim against and proofs of interest in the Debtors' estates for all persons and entities (excluding governmental units) was May 8, 2023 (the "**Bar Date**"); and

**WHEREAS**, on March 23, 2023, the Court entered the *Order for Mediation* [Docket No. 108] (the "**Mediation Order**"), which referred the cases to the Hon. Marvin Isgur for mediation (the "**Mediation**"); and

**WHEREAS**, on May 8, 2023, the Parties entered into that certain *Stipulation and Order Extending Deadline to File Proofs of Claim and Interests for Certain Interested Parties*, which the Court approved on May 9, 2023 [Docket No. 124] (the "**First Stipulation Extending Bar Date**"); and

**WHEREAS**, pursuant to the First Stipulation Extending Bar Date, the Interested Parties' deadline to file proofs of claim against or proofs of interests in the Debtors and the Debtors' estates was extended through the later of (i) thirty (30) days following the conclusion of the Mediation and (ii) June 14, 2023 (the "**Extended Bar Date**"); and

**WHEREAS**, the Mediation occurred on May 15, 2023; and

**WHEREAS**, as a result of the Mediation, the parties thereto entered into that certain *Mediated Settlement Agreement*, dated as of May 15, 2023 [Docket No. 128, Ex. A] (the "**MSA**"), which resolves key issues in these chapter 11 cases; and

**WHEREAS**, since entering into the MSA, the Interested Parties, the Debtors, and the other parties to the MSA have been diligently working to implement the terms thereof; and

2

**WHEREAS**, in light of the resolution reflected in the MSA, the Parties have agreed to further extend the Extended Bar Date with respect to the Interested Parties until July 17, 2023.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS**:

1. The deadline by which the Interested Parties may file proofs of claim against or proofs of interest in the Debtors and the Debtors' estates is hereby extended to July 17, 2023 (the "**Further Extended Bar Date**"), without prejudice to the Interested Parties' rights to request a further extension of time.

2. The effective date of this Stipulation shall be June 13, 2023 (the "**Stipulation Effective Date**").

3. The terms and provisions of this Stipulation shall be effective and enforceable immediately upon the Stipulation Effective Date and shall thereafter be binding upon the Parties hereto and their respective affiliates and successors.

4. The limited relief set forth herein shall not be construed as an admission of liability by the Debtors regarding any proofs of claim or proofs of interest that may be asserted by the Interested Parties and all of the Parties' rights with respect to such claims and interests are expressly reserved.

5. The Bar Date and Extended Bar Date remain in full force and effect and are not modified except as expressly set forth herein.

6. This Stipulation may be executed in counterparts, each of which constitutes an original, and all of which, collectively constitute only one agreement. The signatures of each of the Parties need not appear on the same counterpart.

7. This Stipulation shall not be modified, altered, amended, or vacated without the written consent of all Parties hereto.

8. This Court retains exclusive jurisdiction with respect to the matters set forth herein and to resolve any disputes or controversies arising from this Stipulation.

**IT IS SO ORDERED.**

Signed: June 14, 2023

Jeffrey P. Norman
United States Bankruptcy Judge

[*Signatures Follow*]

IN WITNESS WHEREOF, this Stipulation has been executed and delivered as of the day and year first written below.

Dated: June 13, 2023

| **WEIL, GOTSHAL & MANGES LLP** | **OKIN ADAMS BARTLETT CURRY LLP** |
|---|---|
| /s/ Paul R. Genender | /s/ David L. Curry, Jr. |
| Paul R. Genender (Texas Bar No. 00790758) | Christopher Adams (Texas Bar No. 24009857) |
| Jenae D. Ward (Texas Bar No. 24115925) | Email: cadams@okinadams.com |
| 200 Crescent Court, Suite 300 | David L. Curry, Jr. (Texas Bar No. 24065107) |
| Dallas, Texas 75201 | Email: dcurry@okinadams.com |
| Telephone: (214) 746-7877 | Ryan A. O'Connor (Texas Bar No. 24098190) |
| Facsimile: (214) 746-7777 | Email: roconnor@okinadams.com |
| Email: paul.genender@weil.com | 1113 Vine St., Suite 240 |
|         jenae.ward@weil.com | Houston, Texas 77002 |
|  | Telephone: (713) 228-4100 |
| -and- | Facsimile: (346) 247-7158 |
|  |  |
| Theodore S. Heckel (Texas Bar No. 24133488) | *Counsel for the Debtors* |
| 700 Louisiana Street, Suite 1700 |  |
| Houston, Texas 77002 |  |
| Telephone: (713) 546-5000 |  |
| Facsimile: (713) 224-9511 |  |
| Email: theodore.heckel@weil.com |  |

*Counsel for HarDam Hospitality, LLC, DCG Homes, Ltd., Creekstone Properties, Ltd., James Guillory Sr., Lou Guillory, and James Guillory Jr.*