**Exhibit B**

**Ballots**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 23-30023 |
| **CENTERPOINTE HOTELS,** | § | |
| **@ TEXAS II, LP,** *et al.*, | § | Chapter 11 |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |

# BALLOT FOR ACCEPTING OR REJECTING PLAN
## (CLASS 2)

Centerpointe Hotels @ Texas II, L.P., *et al*., the above-captioned debtors and debtors in possession (the "Debtors"), filed their *Joint Chapter 11 Plan of Reorganization and Disclosure Statement* [ECF # 152] (the "Plan") on August 7, 2023. The Bankruptcy Court has conditionally approved the Disclosure Statement contained in the Plan. The combined Plan and Disclosure Statement provides information to assist you in deciding how to vote your Ballot. Bankruptcy Court approval of the Disclosure Statement does not indicate approval of the Plan by the Bankruptcy Court.

You should review the combined Plan and Disclosure Statement before you vote. You may wish to seek legal advice concerning the Pan and your classification and treatment under the Plan. Your claim or equity interest will be treated in accordance with Article VII of the Plan. If you hold claims or equity interests in more than one class, you may submit a Ballot for each class in which you are entitled to vote.

If your Ballot is not received by counsel for the Debtors on or before **September 7, 2023**, your vote will not count as either an acceptance or rejection of the Plan. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not your vote. Only Holders of Claims in the Voting Classes may vote.

**PLEASE TAKE NOTICE** that the Debtors have enclosed detailed instructions for voting to accept or reject the Plan and submission of Ballots. Holders of Claims are encouraged to read the instructions and solicitation materials carefully and comply with the voting procedures and deadlines approved by the Bankruptcy Court.

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective Employer Identification Numbers, are as follows: CenterPointe Hotels @ Texas II, LP (5812); and CenterPointe Partners @ Texas, LLC *d/b/a* Hampton Inn I-10 East (4943). The Debtors' service address is: 3906 Brookston Street, Houston, Texas 77045.

## ACCEPTANCE OR REJECTION OF PLAN

I hereby certify that I am a Holder of a Claim in Class 2 against the Debtors in the amount of $_____. As a Holder of a Claim, I hereby vote as follows (check only one box):

❑ **Accept the Plan**

❑ **Reject the Plan**

Dated: _____, 2023.


_____  _____
Name of Claim Holder                                (Signature)


_____  _____
Claim Holder's Address                          Printed Name of Person Signing For Claim Holder


_____
City, State and Zip Code

## INSTRUCTIONS

1. **The Bankruptcy Court has set September 7, 2023 as the Voting Deadline.** Please promptly execute and return this Ballot so that it is actually received by Debtors' counsel prior to the Voting Deadline.

2. In order to be counted, Ballots must be duly completed, executed, and actually received by the Debtors prior to the Voting Deadline. You should complete and sign each Ballot and return it to the address provided below via (i) regular mail, (ii) overnight delivery, (iii) hand delivery, or (iv) email, using the contact information below.

**OKIN ADAMS BARTLETT CURRY LLP**
Attn: David L. Curry, Jr.
1113 Vine Street, Suite 240
Houston, Texas 77002
dcurry@okinadams.com

3. You should review the combined Plan and Disclosure Statement before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.

4. Voting Class Claims are classified as follows under the Plan:

| Voting Classes | Treatment |
|---|---|
| 2 | Class 2 consists of Holders of the Allowed Lee Parties Tax Advance Claim against the Debtors. Class 2 is treated in accordance with Article VII.C.2 of the Plan. |
| 3 | Class 3 consists of Holders of Allowed ZSBNP Secured Claims against the Debtors. Class 3 is treated in accordance with Article VII.C.3 of the Plan. |
| 4 | Class 4 consists of Holders of Allowed Other Secured Claims against the Debtors. Class 4 is treated in accordance with Article VII.C.4 of the Plan. |
| 5 | Class 5 consists of Holders of Allowed General Unsecured Claims against the Debtors. Class 5 is treated in accordance with Article VII.C.5 of the Plan. |
| 6 | Class 6 consists of Holders of Allowed Insider Unsecured Claims against the Debtors. Class 6 is treated in accordance with Article VII.C.6 of the Plan. |
| 7 | Class 7 consists of Holders of Preferential Returns against the Debtors. Class 7 is treated in accordance with Article VII.C.7 of the Plan. |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** § | | |
| § | | **Case No. 23-30023** |
| **CENTERPOINTE HOTELS,** § | | |
| **@ TEXAS II, LP,** *et al.*, § | | **Chapter 11** |
| § | | |
| **Debtors.**[1] § | | **(Jointly Administered)** |

# BALLOT FOR ACCEPTING OR REJECTING PLAN
### (CLASS 3)

      Centerpointe Hotels @ Texas II, L.P., *et al*., the above-captioned debtors and debtors in possession (the "Debtors"), filed their *Joint Chapter 11 Plan of Reorganization and Disclosure Statement* [ECF # 152] (the "Plan") on August 7, 2023.  The Bankruptcy Court has conditionally approved the Disclosure Statement contained in the Plan.  The combined Plan and Disclosure Statement provides information to assist you in deciding how to vote your Ballot.  Bankruptcy Court approval of the Disclosure Statement does not indicate approval of the Plan by the Bankruptcy Court.

      You should review the combined Plan and Disclosure Statement before you vote.  You may wish to seek legal advice concerning the Pan and your classification and treatment under the Plan.  Your claim or equity interest will be treated in accordance with Article VII of the Plan.  If you hold claims or equity interests in more than one class, you may submit a Ballot for each class in which you are entitled to vote.

      If your Ballot is not received by counsel for the Debtors on or before **September 7, 2023**, your vote will not count as either an acceptance or rejection of the Plan.  If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not your vote.  Only Holders of Claims in the Voting Classes may vote.

---

**PLEASE TAKE NOTICE** that the Debtors have enclosed detailed instructions for voting to accept or reject the Plan and submission of Ballots.  Holders of Claims are encouraged to read the instructions and solicitation materials carefully and comply with the voting procedures and deadlines approved by the Bankruptcy Court.

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective Employer Identification Numbers, are as follows: CenterPointe Hotels @ Texas II, LP (5812); and CenterPointe Partners @ Texas, LLC *d/b/a* Hampton Inn I-10 East (4943).  The Debtors' service address is: 3906 Brookston Street, Houston, Texas 77045.

## ACCEPTANCE OR REJECTION OF PLAN

I hereby certify that I am a Holder of a Claim in Class 3 against the Debtors in the amount of $_____. As a Holder of a Claim, I hereby vote as follows (check only one box):

❑ **Accept the Plan**

❑ **Reject the Plan**

Dated: _____, 2023.

_____   _____
Name of Claim Holder                                              (Signature)

_____   _____
Claim Holder's Address                                            Printed Name of Person Signing For Claim Holder

_____
City, State and Zip Code

# INSTRUCTIONS

1. **The Bankruptcy Court has set September 7, 2023 as the Voting Deadline.** Please promptly execute and return this Ballot so that it is actually received by Debtors' counsel prior to the Voting Deadline.

2. In order to be counted, Ballots must be duly completed, executed, and actually received by the Debtors prior to the Voting Deadline. You should complete and sign each Ballot and return it to the address provided below via (i) regular mail, (ii) overnight delivery, (iii) hand delivery, or (iv) email, using the contact information below.

**OKIN ADAMS BARTLETT CURRY LLP**
Attn: David L. Curry, Jr.
1113 Vine Street, Suite 240
Houston, Texas  77002
dcurry@okinadams.com

3. You should review the combined Plan and Disclosure Statement before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.

4. Voting Class Claims are classified as follows under the Plan:

| Voting Classes | Treatment |
| --- | --- |
| 2 | Class 2 consists of Holders of the Allowed Lee Parties Tax Advance Claim against the Debtors. Class 2 is treated in accordance with Article VII.C.2 of the Plan. |
| 3 | Class 3 consists of Holders of Allowed ZSBNP Secured Claims against the Debtors. Class 3 is treated in accordance with Article VII.C.3 of the Plan. |
| 4 | Class 4 consists of Holders of Allowed Other Secured Claims against the Debtors. Class 4 is treated in accordance with Article VII.C.4 of the Plan. |
| 5 | Class 5 consists of Holders of Allowed General Unsecured Claims against the Debtors. Class 5 is treated in accordance with Article VII.C.5 of the Plan. |
| 6 | Class 6 consists of Holders of Allowed Insider Unsecured Claims against the Debtors. Class 6 is treated in accordance with Article VII.C.6 of the Plan. |
| 7 | Class 7 consists of Holders of Preferential Returns against the Debtors. Class 7 is treated in accordance with Article VII.C.7 of the Plan. |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 23-30023** |
| **CENTERPOINTE HOTELS,** | § | |
| **@ TEXAS II, LP,** *et al.,* | § | **Chapter 11** |
| | § | |
| **Debtors.**[1] | § | **(Jointly Administered)** |

# BALLOT FOR ACCEPTING OR REJECTING PLAN
### (CLASS 4)

     Centerpointe Hotels @ Texas II, L.P., *et al*., the above-captioned debtors and debtors in possession (the "Debtors"), filed their *Joint Chapter 11 Plan of Reorganization and Disclosure Statement* [ECF # 152] (the "Plan") on August 7, 2023. The Bankruptcy Court has conditionally approved the Disclosure Statement contained in the Plan. The combined Plan and Disclosure Statement provides information to assist you in deciding how to vote your Ballot. Bankruptcy Court approval of the Disclosure Statement does not indicate approval of the Plan by the Bankruptcy Court.

     You should review the combined Plan and Disclosure Statement before you vote. You may wish to seek legal advice concerning the Pan and your classification and treatment under the Plan. Your claim or equity interest will be treated in accordance with Article VII of the Plan. If you hold claims or equity interests in more than one class, you may submit a Ballot for each class in which you are entitled to vote.

     If your Ballot is not received by counsel for the Debtors on or before **September 7, 2023**, your vote will not count as either an acceptance or rejection of the Plan. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not your vote. Only Holders of Claims in the Voting Classes may vote.

> **PLEASE TAKE NOTICE** that the Debtors have enclosed detailed instructions for voting to accept or reject the Plan and submission of Ballots. Holders of Claims are encouraged to read the instructions and solicitation materials carefully and comply with the voting procedures and deadlines approved by the Bankruptcy Court.

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective Employer Identification Numbers, are as follows: CenterPointe Hotels @ Texas II, LP (5812); and CenterPointe Partners @ Texas, LLC *d/b/a* Hampton Inn I-10 East (4943). The Debtors' service address is: 3906 Brookston Street, Houston, Texas 77045.

## ACCEPTANCE OR REJECTION OF PLAN

I hereby certify that I am a Holder of a Claim in Class 4 against the Debtors in the amount of $_____. As a Holder of a Claim, I hereby vote as follows (check only one box):

❑  **Accept the Plan**

❑  **Reject the Plan**

Dated: _____, 2023.

_____      _____
Name of Claim Holder                                 (Signature)

_____      _____
Claim Holder's Address                              Printed Name of Person Signing For
                                                                       Claim Holder

_____
City, State and Zip Code

## INSTRUCTIONS

1. **The Bankruptcy Court has set September 7, 2023 as the Voting Deadline.** Please promptly execute and return this Ballot so that it is actually received by Debtors' counsel prior to the Voting Deadline.

2. In order to be counted, Ballots must be duly completed, executed, and actually received by the Debtors prior to the Voting Deadline. You should complete and sign each Ballot and return it to the address provided below via (i) regular mail, (ii) overnight delivery, (iii) hand delivery, or (iv) email, using the contact information below.

**OKIN ADAMS BARTLETT CURRY LLP**
Attn: David L. Curry, Jr.
1113 Vine Street, Suite 240
Houston, Texas  77002
dcurry@okinadams.com

3. You should review the combined Plan and Disclosure Statement before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.

4. Voting Class Claims are classified as follows under the Plan:

| Voting Classes | Treatment |
|---|---|
| 2 | Class 2 consists of Holders of the Allowed Lee Parties Tax Advance Claim against the Debtors. Class 2 is treated in accordance with Article VII.C.2 of the Plan. |
| 3 | Class 3 consists of Holders of Allowed ZSBNP Secured Claims against the Debtors. Class 3 is treated in accordance with Article VII.C.3 of the Plan. |
| 4 | Class 4 consists of Holders of Allowed Other Secured Claims against the Debtors. Class 4 is treated in accordance with Article VII.C.4 of the Plan. |
| 5 | Class 5 consists of Holders of Allowed General Unsecured Claims against the Debtors. Class 5 is treated in accordance with Article VII.C.5 of the Plan. |
| 6 | Class 6 consists of Holders of Allowed Insider Unsecured Claims against the Debtors. Class 6 is treated in accordance with Article VII.C.6 of the Plan. |
| 7 | Class 7 consists of Holders of Preferential Returns against the Debtors. Class 7 is treated in accordance with Article VII.C.7 of the Plan. |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 23-30023 |
| **CENTERPOINTE HOTELS,** | § | |
| **@ TEXAS II, LP,** *et al.*, | § | Chapter 11 |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |

# BALLOT FOR ACCEPTING OR REJECTING PLAN
### (CLASS 5)

Centerpointe Hotels @ Texas II, L.P., *et al*., the above-captioned debtors and debtors in possession (the "Debtors"), filed their *Joint Chapter 11 Plan of Reorganization and Disclosure Statement* [ECF # 152] (the "Plan") on August 7, 2023. The Bankruptcy Court has conditionally approved the Disclosure Statement contained in the Plan. The combined Plan and Disclosure Statement provides information to assist you in deciding how to vote your Ballot. Bankruptcy Court approval of the Disclosure Statement does not indicate approval of the Plan by the Bankruptcy Court.

You should review the combined Plan and Disclosure Statement before you vote. You may wish to seek legal advice concerning the Pan and your classification and treatment under the Plan. Your claim or equity interest will be treated in accordance with Article VII of the Plan. If you hold claims or equity interests in more than one class, you may submit a Ballot for each class in which you are entitled to vote.

If your Ballot is not received by counsel for the Debtors on or before **September 7, 2023**, your vote will not count as either an acceptance or rejection of the Plan. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not your vote. Only Holders of Claims in the Voting Classes may vote.

> **PLEASE TAKE NOTICE** that the Debtors have enclosed detailed instructions for voting to accept or reject the Plan and submission of Ballots. Holders of Claims are encouraged to read the instructions and solicitation materials carefully and comply with the voting procedures and deadlines approved by the Bankruptcy Court.

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective Employer Identification Numbers, are as follows: CenterPointe Hotels @ Texas II, LP (5812); and CenterPointe Partners @ Texas, LLC *d/b/a* Hampton Inn I-10 East (4943). The Debtors' service address is: 3906 Brookston Street, Houston, Texas 77045.

## ACCEPTANCE OR REJECTION OF PLAN

I hereby certify that I am a Holder of a Claim in Class 5 against the Debtors in the amount of $_____. As a Holder of a Claim, I hereby vote as follows (check only one box):

❏ **Accept the Plan**

❏ **Reject the Plan**

Dated: _____, 2023.

_____          _____
Name of Claim Holder                                        (Signature)

_____          _____
Claim Holder's Address                                       Printed Name of Person Signing For
                                                                               Claim Holder

_____
City, State and Zip Code

## INSTRUCTIONS

1. **The Bankruptcy Court has set September 7, 2023 as the Voting Deadline.** Please promptly execute and return this Ballot so that it is actually received by Debtors' counsel prior to the Voting Deadline.

2. In order to be counted, Ballots must be duly completed, executed, and actually received by the Debtors prior to the Voting Deadline. You should complete and sign each Ballot and return it to the address provided below via (i) regular mail, (ii) overnight delivery, (iii) hand delivery, or (iv) email, using the contact information below.

**OKIN ADAMS BARTLETT CURRY LLP**
Attn: David L. Curry, Jr.
1113 Vine Street, Suite 240
Houston, Texas 77002
dcurry@okinadams.com

3. You should review the combined Plan and Disclosure Statement before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.

4. Voting Class Claims are classified as follows under the Plan:

| Voting Classes | Treatment |
|---|---|
| 2 | Class 2 consists of Holders of the Allowed Lee Parties Tax Advance Claim against the Debtors. Class 2 is treated in accordance with Article VII.C.2 of the Plan. |
| 3 | Class 3 consists of Holders of Allowed ZSBNP Secured Claims against the Debtors. Class 3 is treated in accordance with Article VII.C.3 of the Plan. |
| 4 | Class 4 consists of Holders of Allowed Other Secured Claims against the Debtors. Class 4 is treated in accordance with Article VII.C.4 of the Plan. |
| 5 | Class 5 consists of Holders of Allowed General Unsecured Claims against the Debtors. Class 5 is treated in accordance with Article VII.C.5 of the Plan. |
| 6 | Class 6 consists of Holders of Allowed Insider Unsecured Claims against the Debtors. Class 6 is treated in accordance with Article VII.C.6 of the Plan. |
| 7 | Class 7 consists of Holders of Preferential Returns against the Debtors. Class 7 is treated in accordance with Article VII.C.7 of the Plan. |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** § | | |
| § | | **Case No. 23-30023** |
| **CENTERPOINTE HOTELS,** § | | |
| **@ TEXAS II, LP,** *et al.*, § | | **Chapter 11** |
| § | | |
| **Debtors.**[1] § | | **(Jointly Administered)** |

# BALLOT FOR ACCEPTING OR REJECTING PLAN
### (CLASS 6)

Centerpointe Hotels @ Texas II, L.P., *et al*., the above-captioned debtors and debtors in possession (the "Debtors"), filed their *Joint Chapter 11 Plan of Reorganization and Disclosure Statement* [ECF # 152] (the "Plan") on August 7, 2023.  The Bankruptcy Court has conditionally approved the Disclosure Statement contained in the Plan.  The combined Plan and Disclosure Statement provides information to assist you in deciding how to vote your Ballot.  Bankruptcy Court approval of the Disclosure Statement does not indicate approval of the Plan by the Bankruptcy Court.

You should review the combined Plan and Disclosure Statement before you vote.  You may wish to seek legal advice concerning the Pan and your classification and treatment under the Plan.  Your claim or equity interest will be treated in accordance with Article VII of the Plan.  If you hold claims or equity interests in more than one class, you may submit a Ballot for each class in which you are entitled to vote.

If your Ballot is not received by counsel for the Debtors on or before **September 7, 2023**, your vote will not count as either an acceptance or rejection of the Plan.  If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not your vote.  Only Holders of Claims in the Voting Classes may vote.

**PLEASE TAKE NOTICE** that the Debtors have enclosed detailed instructions for voting to accept or reject the Plan and submission of Ballots.  Holders of Claims are encouraged to read the instructions and solicitation materials carefully and comply with the voting procedures and deadlines approved by the Bankruptcy Court.

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective Employer Identification Numbers, are as follows: CenterPointe Hotels @ Texas II, LP (5812); and CenterPointe Partners @ Texas, LLC *d/b/a* Hampton Inn I-10 East (4943).  The Debtors' service address is: 3906 Brookston Street, Houston, Texas 77045.

## ACCEPTANCE OR REJECTION OF PLAN

I hereby certify that I am a Holder of a Claim in Class 6 against the Debtors in the amount of $_____. As a Holder of a Claim, I hereby vote as follows (check only one box):

❑ **Accept the Plan**

❑ **Reject the Plan**

Dated: _____, 2023.

_____       _____
Name of Claim Holder                                            (Signature)

_____       _____
Claim Holder's Address                                          Printed Name of Person Signing For Claim Holder

_____
City, State and Zip Code

## INSTRUCTIONS

1. **The Bankruptcy Court has set September 7, 2023 as the Voting Deadline.** Please promptly execute and return this Ballot so that it is actually received by Debtors' counsel prior to the Voting Deadline.

2. In order to be counted, Ballots must be duly completed, executed, and actually received by the Debtors prior to the Voting Deadline. You should complete and sign each Ballot and return it to the address provided below via (i) regular mail, (ii) overnight delivery, (iii) hand delivery, or (iv) email, using the contact information below.

    **OKIN ADAMS BARTLETT CURRY LLP**
    Attn: David L. Curry, Jr.
    1113 Vine Street, Suite 240
    Houston, Texas 77002
    dcurry@okinadams.com

3. You should review the combined Plan and Disclosure Statement before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.

4. Voting Class Claims are classified as follows under the Plan:

| Voting Classes | Treatment |
| --- | --- |
| 2 | Class 2 consists of Holders of the Allowed Lee Parties Tax Advance Claim against the Debtors. Class 2 is treated in accordance with Article VII.C.2 of the Plan. |
| 3 | Class 3 consists of Holders of Allowed ZSBNP Secured Claims against the Debtors. Class 3 is treated in accordance with Article VII.C.3 of the Plan. |
| 4 | Class 4 consists of Holders of Allowed Other Secured Claims against the Debtors. Class 4 is treated in accordance with Article VII.C.4 of the Plan. |
| 5 | Class 5 consists of Holders of Allowed General Unsecured Claims against the Debtors. Class 5 is treated in accordance with Article VII.C.5 of the Plan. |
| 6 | Class 6 consists of Holders of Allowed Insider Unsecured Claims against the Debtors. Class 6 is treated in accordance with Article VII.C.6 of the Plan. |
| 7 | Class 7 consists of Holders of Preferential Returns against the Debtors. Class 7 is treated in accordance with Article VII.C.7 of the Plan. |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 23-30023** |
| **CENTERPOINTE HOTELS,** | § | |
| **@ TEXAS II, LP,** *et al.***,** | § | **Chapter 11** |
| | § | |
| **Debtors.**[1] | § | **(Jointly Administered)** |

# BALLOT FOR ACCEPTING OR REJECTING PLAN
### (CLASS 7)

Centerpointe Hotels @ Texas II, L.P., *et al*., the above-captioned debtors and debtors in possession (the "Debtors"), filed their *Joint Chapter 11 Plan of Reorganization and Disclosure Statement* [ECF # 152] (the "Plan") on August 7, 2023.  The Bankruptcy Court has conditionally approved the Disclosure Statement contained in the Plan.  The combined Plan and Disclosure Statement provides information to assist you in deciding how to vote your Ballot.  Bankruptcy Court approval of the Disclosure Statement does not indicate approval of the Plan by the Bankruptcy Court.

You should review the combined Plan and Disclosure Statement before you vote.  You may wish to seek legal advice concerning the Pan and your classification and treatment under the Plan.  Your claim or equity interest will be treated in accordance with Article VII of the Plan.  If you hold claims or equity interests in more than one class, you may submit a Ballot for each class in which you are entitled to vote.

If your Ballot is not received by counsel for the Debtors on or before **September 7, 2023**, your vote will not count as either an acceptance or rejection of the Plan.  If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not your vote.  Only Holders of Claims in the Voting Classes may vote.

> **PLEASE TAKE NOTICE** that the Debtors have enclosed detailed instructions for voting to accept or reject the Plan and submission of Ballots.  Holders of Claims are encouraged to read the instructions and solicitation materials carefully and comply with the voting procedures and deadlines approved by the Bankruptcy Court.

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective Employer Identification Numbers, are as follows: CenterPointe Hotels @ Texas II, LP (5812); and CenterPointe Partners @ Texas, LLC *d/b/a* Hampton Inn I-10 East (4943).  The Debtors' service address is: 3906 Brookston Street, Houston, Texas 77045.

## ACCEPTANCE OR REJECTION OF PLAN

I hereby certify that I am a Holder of a Claim in Class 7 against the Debtors in the amount of $_____.  As a Holder of a Claim, I hereby vote as follows (check only one box):

❑ **Accept the Plan**

❑ **Reject the Plan**

Dated: _____, 2023.

_____            _____
Name of Claim Holder                                            (Signature)

_____            _____
Claim Holder's Address                                          Printed Name of Person Signing For
                                                                                 Claim Holder

_____
City, State and Zip Code

## INSTRUCTIONS

1. **The Bankruptcy Court has set September 7, 2023 as the Voting Deadline.** Please promptly execute and return this Ballot so that it is actually received by Debtors' counsel prior to the Voting Deadline.

2. In order to be counted, Ballots must be duly completed, executed, and actually received by the Debtors prior to the Voting Deadline. You should complete and sign each Ballot and return it to the address provided below via (i) regular mail, (ii) overnight delivery, (iii) hand delivery, or (iv) email, using the contact information below.

**OKIN ADAMS BARTLETT CURRY LLP**
Attn: David L. Curry, Jr.
1113 Vine Street, Suite 240
Houston, Texas 77002
dcurry@okinadams.com

3. You should review the combined Plan and Disclosure Statement before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.

4. Voting Class Claims are classified as follows under the Plan:

| Voting Classes | Treatment |
|---|---|
| 2 | Class 2 consists of Holders of the Allowed Lee Parties Tax Advance Claim against the Debtors. Class 2 is treated in accordance with Article VII.C.2 of the Plan. |
| 3 | Class 3 consists of Holders of Allowed ZSBNP Secured Claims against the Debtors. Class 3 is treated in accordance with Article VII.C.3 of the Plan. |
| 4 | Class 4 consists of Holders of Allowed Other Secured Claims against the Debtors. Class 4 is treated in accordance with Article VII.C.4 of the Plan. |
| 5 | Class 5 consists of Holders of Allowed General Unsecured Claims against the Debtors. Class 5 is treated in accordance with Article VII.C.5 of the Plan. |
| 6 | Class 6 consists of Holders of Allowed Insider Unsecured Claims against the Debtors. Class 6 is treated in accordance with Article VII.C.6 of the Plan. |
| 7 | Class 7 consists of Holders of Preferential Returns against the Debtors. Class 7 is treated in accordance with Article VII.C.7 of the Plan. |