EXHIBIT A

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0541-4<br>Case 23-30023<br>Southern District of Texas<br>Houston<br>Wed Nov  1 11:48:03 CDT 2023 | Agama Properties, LLC<br>c/o Thane Tyler Sponsel III<br>Sponsel Miller Greenberg PLLC<br>50 Briar Hollow Lane<br>Suite 370 West<br>Houston, TX 77027-9300 | CenterPointe Hotels @ Texas II, LP<br>3906 Brookston Street<br>Houston, TX 77045-3410 |
| CenterPointe Partners @ Texas, LLC<br>10505 East Fwy<br>Houston, TX 77029-1926 | Harris County<br>Linebarger Goggan Blair & Sampson LLP<br>C/O Jeannie Lee Andresen<br>P.O. Box 3064<br>Houston, Tx 77253-3064 | ZSBNP, LLC<br>c/o Hughes Watter Askanase<br>1201 Louisiana<br>28th Floor<br>Houston, TX 77002-5607 |
| 4<br>United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208-1010 | A&A Grease Trap Cleaning<br>902 Blanchard Hill Ln<br>Houston, TX 77047-4482 | ALE Solutions, Inc<br>1 West Illinois Street Suite 300<br>St. Charles, IL 60174-2851 |
| AT&T WiFi Services<br>P.O. Box 5005<br>Carol Stream, IL 60197-5005 | Adams Keegan, Inc.<br>6301 Gaston Avenue<br>#1406<br>Dallas, TX 75214-3963 | Adams Keegan, Inc.<br>6750 Poplar Avenue<br>Suite 400<br>Germantown, TN 38138-7414 |
| Agama Properties<br>9912 Brooklet Drive<br>Houston, TX 77099-2766 | Agama Properties, LLC<br>1122 Colorado St, Apt 1705<br>Austin, Texas 78701-2148 | Amadeus Hospitality<br>29618 Network Place<br>Chicago, IL 60673-1296 |
| Amegy Bank National Association<br>PO Box 27459<br>Houston, TX 77227-7459 | American Bankers Insurance Compay<br>PO Box 731178<br>Dallas, TX 75373-1178 | American Business Machines, Inc.<br>PO Box 4346<br>Houston, TX 77210-4346 |
| American Elevator Inspections<br>PO Box 2709<br>Baytown, TX 77522-2717 | American Express Global Business Travel<br>14635 N.Kierland Blvd. Suite # 200<br>Scottsdale, AZ 85254-2770 | At&T WI-FI Services<br>PO Box 5005<br>Carol Stream, IL 60197-5005 |
| BIG Man's Plumbing And Carpentry<br>7606 Goldfinch Dr.<br>Humble, TX 77396-1818 | Best Wash, Inc.<br>15012 Eddie Dr.<br>Humble, TX 77396-2549 | Beyline Construction<br>9519 Glendown Lane<br>Houston, TX 77070-5140 |
| Bluemoon Laundry Equipment, LLC<br>23923 Sawmill Pass<br>Spring, TX 77373-8573 | Blueport Wireless, Inc.<br>27 Renmar Ave<br>Walpole, MA 02081-1515 | Bulbs.com<br>243 Stafford Street<br>Worcester, MA 01603-1168 |
| Capital Premium Financing, Inc.<br>PO Box 660899<br>Dallas, TX 75266-0899 | Carbon's Golden Malted<br>P.O. Box 129<br>Concordville, PA 19331-0128 | Cawley<br>PO Box 2110<br>Manitowoc, WI 54221-2110 |

| | | |
|---|---|---|
| Centerpoint Energy Resources<br>4702 LaBranch Street<br>Houston, TX 77004-5042 | Centerpointe Hotels@Texas, LLC<br>4702 La Branch Street<br>Houston, TX 77004-5042 | City of Houston Fire Permit Office<br>PO Box 3625<br>Houston, TX 77253-3625 |
| City of Houston Public Works<br>P.O. Box 1560<br>Houston, TX 77251-1560 | City of Houston, Building Inspections<br>PO Box 2688<br>Houston, TX 77252-2688 | City of Houston, Sign Administration<br>PO Box 2688<br>Houston, TX 77252-2688 |
| Coast to Coast Computer Products<br>4277 Valley Fair St.<br>Simi Valley, CA 93063-2940 | Coca-Cola Southwest Beverages<br>P.O. Box 744010<br>Atlanta, GA 30384-0001 | Comcast<br>P.O. Box 60533<br>City Industry, CA 91716-0533 |
| Commlog LLC<br>33 N Parsell Suite B<br>Mesa, AZ 85203-8833 | Comptroller of Public Accounts<br>Attn:  Christopher J. Dylla<br>Bankruptcy & Collections Division<br>PO Box 12548-MC008<br>Austin, TX 78711-2548 | Comptroller of Public Accounts<br>C/O Office of the Attorney General<br>Bankruptcy - Collections Division MC-008<br>PO Box 12548<br>Austin TX  78711-2548 |
| Comptroller of Public Accounts<br>PO Box 149356<br>Austin, TX 78714-9356 | Coporate Graphics Int'l West<br>1885 Northway Dr.<br>North Mankato, MN 56003-2756 | Creekstone Properties, Ltd.<br>c/o Weil, Gotshal & Manges LLP<br>200 Crescent Court, Suite 300<br>Dallas, TX 75201-7830 |
| DCG Homes, Ltd.<br>c/o Weil, Gotshal & Manges LLP<br>200 Crescent Court, Suite 300<br>Dallas, TX 75201-7830 | DMX INC.<br>PO Box 602777<br>Charlotte, NC 28260-2777 | David L. Curry, Jr.<br>Okin Adams Bartlett Curry LLP<br>1113 Vine St., Suite 240<br>Houston, TX 77002-1044 |
| (p)DE LAGE LANDEN FINANCIAL<br>ATTN LITIGATION & RECOVERY<br>1111 OLD EAGLE SCHOOL ROAD<br>WAYNE PA 19087-1453 | Digital Dolphin Supplies Suite 1104<br>811 N. Cataline Ave.<br>Redondo Beach, CA 90277-2133 | Direct Energy Business, LLC<br>1001 Liberty Avenue<br>Pittsburgh, PA 15222-3728 |
| Ecolab<br>PO Box 70343<br>Chicago, IL 60673-0343 | Edward Don & Company<br>9801 Adam Don Parkway<br>Woodrige, IL 60517-8136 | Employers Preferred Ins. Co.<br>POBox 842110<br>Los Angeles, CA 90084-2110 |
| Erwyn Products Company Inc.<br>200 Campus Dr. suite 200<br>Morganville, NJ 07751-2101 | Fast Track Specialties, LP<br>10230 Carter Road Suite 100<br>Houston, TX 77070-1704 | General Electric Co<br>PO Box 840340<br>Dallas, TX 75284-0340 |
| George Lee<br>5353 W. Alabama<br>Suite 610<br>Houston, TX 77056-5932 | Gerald Franklin Agency, Inc<br>2525 North Loop West #275<br>Houston, TX 77008-1091 | Gibson Hotel Management, Inc.<br>409 Montbrook Lane<br>Knoxville, TN 37919-2704 |

| | | |
|---|---|---|
| Grasshopper Landscape<br>2610 Broomsedge Dr.<br>Houston, TX 77084-4316 | Greater Houston Convention & Visitors Bu<br>1331 Lamar Street  Suite 700<br>Houston, TX 77010-3135 | HD Supply Facilities<br>P.O. Box 509058<br>San Diego, CA 92150-9058 |
| HarDam Hospitality, LLC<br>c/o Weil, Gotshal & Manges LLP<br>200 Crescent Court, Suite 300<br>Dallas, TX 75201-7830 | HarDam Hotels, LLC<br>3906 Brookston Street<br>Houston, TX 77045-3410 | Harlan Graphic Arts Services, Inc.<br>4752 River Rd.<br>Cincinnati, OH 45233-1633 |
| Harris County Tax Assessor<br>PO Box 3547<br>Houston, TX 77253-3547 | (p)HARRIS COUNTY ATTORNEY'S OFFICE<br>P O BOX 2928<br>HOUSTON TX 77252-2928 | Harris County, et al<br>c/o Jeannie Lee Andresen<br>Linebarger Goggan Blair & Sampson LLP<br>P.O. Box 3064<br>Houston, Tx 77253-3064 |
| Hasan & Associates, CPAs, PC<br>6671 Southwest Freeway<br>Suite 315<br>Houston, TX 77074-2231 | Hilton Worldwide<br>4649 Paysphere Circle<br>Chicago, IL 60674-0001 | Hotel & Lodging Association of Greater H<br>PO Box 1043<br>Houston, TX 77251-1043 |
| Houston Department of Health & Human Ser<br>POBox 300008<br>Houston, TX 77230-0008 | Houston East Chamber of Commerce<br>550 Gulfgate Center<br>Houston, TX 77087-3022 | I-10 Hotel Holdings Enterprise, LLC<br>5353 West Alabama, Suite 610<br>Houston, Texas 77056-5932 |
| IPFS Coporation<br>PO Box 730223<br>Dallas, TX 75373-0223 | Innvision Hospitality,Inc.<br>504 Carver Road<br>Griffin, GA 30224-3936 | Insight Direct USA, Inc.<br>PO Box 731069<br>Dallas, TX 75373-1069 |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | It's Bugs or Us<br>14173 Northwest Fry<br>Houston, TX 77040-5013 | J Fields Construction<br>906 West Betrand<br>Houston, TX 77088 |
| JM Wallcovering<br>343 Oakdale Dr.<br>Stafford, TX 77477-6007 | Jack Lee<br>5353 W. Alabama<br>Suite 610<br>Houston, TX 77056-5932 | James O. Guillory Jr.<br>c/o Weil, Gotshal & Manges LLP<br>200 Crescent Court, Suite 300<br>Dallas, TX 75201-7830 |
| James O. Guillory Sr.<br>c/o Weil, Gotshal & Manges LLP<br>200 Crescent Court, Suite 300<br>Dallas, TX 75201-7830 | Kauffman Co. Fire & Life Safety<br>13225 FM 529 Site A<br>Houston, TX 77041 | LB Marketing Solutions<br>5500 E Sam Houston Pkwy N<br>Houston, TX 77015-3263 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Lands' End Business Outfitters<br>PO Box 217<br>Dodgeville, WI 53533-0217 | Leslie's Swimming Pool Supplies<br>POBox 501162<br>St.Louis, MO 63150-1162 |

| | | |
|---|---|---|
| Lou A. Guillory<br>c/o Weil, Gotshal & Manges LLP<br>200 Crescent Court, Suite 300<br>Dallas, TX 75201-7830 | Meyerland Glass & Mirror Co<br>12922 Murphy Road<br>Stafford, TX 77477-3904 | Moffat<br>POBox 60448<br>Charlotte, NC 28260-0448 |
| Moises Cardenas Rocha<br>POBox 924403<br>Houston, TX 77292-4403 | Murray Insurance And Financial<br>3550 FM 1092<br>Missouri City, TX 77459-2203 | National Pen Co, LLC.<br>12121 Scripps Summit Dr. Suite 200<br>San Diego, CA 92131-4609 |
| Newmarket International, Inc.<br>75 New Hamsphire Ave Suite 300<br>Portsmouth, NH 03801-2096 | Nick's Plumbing and Sewer Service, Inc.<br>1420 N Durham Dr.<br>Houston, TX 77008-3736 | North Channel Area Chamber of Commerce<br>13301 I-10 East Freeway<br>Houston, TX 77015-5801 |
| Office Depot, Inc.<br>POBox 660113<br>Dallas, TX 75266-0113 | Office of the U.S. Trustee<br>515 Rusk, Suite 3516<br>Houston, TX 77002-2604 | Onity Inc.<br>Lockbox 223067<br>Pittsburg, PA 15251-2067 |
| Oracle Elevator<br>P.O. Box 850001<br>Orlando, FL 32885-0001 | P'Jays Pool Service<br>P.O. Box 96029<br>Houston, TX 77213-6029 | Pasics Electronics System<br>2518 Atlas Dr.<br>Missouri City, TX 77459-6741 |
| Paul Lee<br>5353 W. Alabama<br>Suite 610<br>Houston, TX 77056-5932 | Pinnacle Credit Services, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Plasticard-Locktech International<br>605 Sweeten Creek Industrial Park<br>Asheville, NC 28803-1774 |
| Power Play Marketing<br>33533 W 12 Mile Rd Suite 205<br>Farmington Hills, MI 48331-5635 | Premium Assignment Corporation<br>PO Box 8000<br>Tallahassee, FL 32314-8000 | RNDC Texas, LLC<br>6511 Tri County Parkway<br>Schertz, TX 78154-3219 |
| RR Donnelley<br>7810 Solution Center<br>Chicago, IL 60677-0001 | Reliant<br>POBox 650475<br>Dallas, TX 75265-0475 | Richard Jenkins<br>4128 Darby St<br>Baycliff, TX 77518-1359 |
| Roadrunner Recycling, Inc.<br>P.O. Box 6011<br>Hermitage, PA 16148-1011 | Royal Cup Inc.<br>160 Cleage Drive<br>Birmingham, AL 35217-1461 | Sandra Upholstery<br>1403 Leggett Dr.<br>Galena Park, TX 77547-2120 |
| Serta Simmons Bedding,LLC<br>2600 Forbs Avenue<br>Hoffman Estates, IL 60192-3723 | Silver Eagle Distributors<br>3505 Pasadena Fwy<br>Pasadena, TX 77503-1136 | Space City Backflow<br>13518 Schumann Trails<br>Sugarland, TX 77498-3495 |

| | | |
|---|---|---|
| Sunshine G<br>7070 Mayard Road<br>Houston, TX 77041-1893 | Sysco Guest Supply LLC<br>P.O. Box 6771<br>Somerset, NJ 08875-6771 | Sysco Houston<br>10710 Greens Crossing Blvd<br>Houston, TX 77038-2716 |
| Terminix Processing Center<br>P.O. Box 802155<br>Chicago, IL 60680-2155 | Texas Comptroller of Public Accounts<br>PO Box 1149348<br>Austin, TX 78714-9348 | Texas Railroad Commission<br>1701 N. Congress<br>PO Box 12967<br>Austin, TX 78711-2967 |
| Thomas B. Mock, PC<br>13760 Noel Road<br>Suite 1020<br>Dallas, TX 75240-1322 | US Small Business Administration<br>SBA Disaster Loan Service Center<br>1545 Hawkins Blvd., Suite 202<br>El Paso, TX 79925-2654 | US Trustee<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 |
| USA Today<br>P.O. Box 677446<br>Dallas, TX 75267-7446 | United States Trustee's Office<br>515 Rusk St., Suite 3516<br>Houston, TX 77002-2604 | Vistar<br>P.O. Box 951080<br>Dallas, TX 75395-1080 |
| Wells Fargo Vendor Financial Services, LLC<br>800 Walnut Street MAC F0005-055<br>Des Moines, IA 50309-3891 | ZSBNP, LLC<br>c/o Hughes Watters Askanase<br>1201 Louisiana, 28th Floor<br>Houston, TX 77002-5607 | iMetro Technologies<br>22315 Taren Ct.<br>Tomball, TX 77375-1177 |
| David L Curry Jr<br>Okin Adams, LLP<br>1113 Vine Street<br>Suite 240<br>Houston, TX 77002-1044 | George M. Lee<br>5353 West Alabama, Number 610<br>Houston, TX 77056 | Jack Lee<br>Sponsel Miller Greenberg PLLC<br>50 Briar Hollow Lane<br>Suite 370 West<br>Houston, TX 77027-9300 |
| Paul Lee<br>Sponsel Miller Greenberg PLLC<br>50 Briar Hollow Lane<br>Suite 370 West<br>Houston, TX 77027-9300 | Randy West Williams<br>7924 Broadway, Ste 104<br>Pearland, TX 77581-7933 | Ryan Anthony O'Connor<br>Okin Adams LLP<br>1113 Vine Street, Suite 240<br>Houston<br>Houston, TX 77002-1044 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| De Lage Landen Financial<br>P.O. Box 41602<br>Philadelphia, PA 19101 | Harris County, Texas<br>C/O Harris County Attorney's Office<br>1019 Congress, 15th Floor<br>Houston, Texas 77002 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.