**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § § | CASE NO.   23-30023 |
| **CenterPointe Hotels @ Texas II, LP**, *et al.*, | § § | **CHAPTER 11** |
| DEBTOR(S) | § | (Joint Administration Requested) |

**MOTION TO CONFIRM DEFAULT**
**AND PROCEED WITH CONTRACTUAL REMEDIES**

This motion seeks an order that may adversely affect you.  If you oppose the motion, you should immediately contact the moving party to resolve the dispute.  If you and the moving party cannot agree, you must file a response and send a copy to the moving party.  You must file and serve your response within 21 days of the date this was served on you.  Your response must state why the motion should not be granted.  If you do not file a timely response, the relief may be granted without further notice to you.  If you oppose the motion and have not reached an agreement, you must attend the hearing.  Unless the parties agree otherwise, the court may consider evidence at the hearing and may decide the motion at the hearing.  Represented parties should act through their attorney.

COMES NOW ZSBNP, LLC ("ZSBNP"), secured creditor to CenterPointe Hotels @ Texas II, LP ("Centerpointe Hotels") and files this Motion to Confirm Default and Proceed with Contractual Remedies and would respectfully show as follows:

**SUMMARY**

- Debtor failed to pay the $12,000.00 tax escrow or the $37,500.00 payment to ZSBNP due for December 2023 and January 2024, despite apparent funds to do so.

- An Independent Auditor was required to be retained several months ago in May 2023, yet none has been retained or been provided documents to investigate as agreed upon by the Mediated Settlement Agreement (which plan incorporates).

- ZSBNP believes Debtor is in Default of the Plan and Confirmation Order and provided Notice of Default December 4, 2023 (DK# 190) and again January 10, 2024 (adding failure to pay December 2023 January 2024).  Debtor has argued ZSBNP is precluded from moving forward with remedies by the plan injunction.  ZSBNP disagrees but asks the Court to review and confirm to avoid

    unnecessary litigation at a later date.

- ***Prayer:*** ZSBNP prays the Court i) Confirm Debtor is in Default of the Plan and Confirmation Order (which incorporated the Mediated Settlement Agreement, ii) Confirm the plan injunction does not preclude ZSBNP from moving forward under its Notice of Default and Intent to Accelerate, iii) Confirm ZSBNP has provided Debtor proper notice(s) of the Default(s), and iv) for such further and other relief as the Court deems just.

## REVIEW

1. ZSBNP believes Centerpointe Hotels is in Default of the plan and prior Mediated Settlement Agreement.

2. ZSBNP has previously filed a Notice of Default in this case December 4, 2023. **DK# 190**. However, Debtor cured one of the major issues of that notice (failure to provide insurance with ZSBNP listed as loss payee).

### Default 1:  Payment Default

3. Thereafter, Debtor did not make either the December $12,000.00 tax escrow payment to ZSBNP or the $37,500.00 regular monthly payment or the January 2024 payments in the same amounts.

4. Under the Mediated Settlement Agreement, these payments would be due but only if sufficient funds were available under the waterfall schedule as found in paragraph 6 of the Mediated Settlement Agreement, snapshot below:

6. Monthly cash flow will be applied as follows:

   a. First, to pay all ongoing property expenses (including such amounts as the manager determines are owed as monthly payments on the EIDL loan) as and when due;

   b. Second, to pay the Independent Auditor;

   c. Third, to establish a cash reserve, which together with all cash reserves on hand, totals $100,000.00;

   d. Fourth, to deposit $12,000.00 per month in a property tax escrow;

   e. Fifth, to pay ZSBNP $37,500.00, which amount will be applied first to interest and then to principal on the ZSBNP loans; all amounts applied to the ZSBNP loans will be applied pro rata between the two loans;

2 / 8

   f. Sixth, to pay preferred returns for the month to the holders of equity in the amounts determined by the pre-petition LP agreement;

   g. Seventh, 40% to the Guillory Parties and 60% to the Lee Parties.

5. ZSBNP reflects that through January 12, 2024, Debtors had $306,824.37 in MCB account ending in 2462 and $47,752.15 in two other Wells Fargo Accounts ending in 8495 and 1613, or $354,576.52. The limited partners of Debtor have also filed a pending motion to compel Debtor's performance of the Mediated Settlement Agreement and Court Approved Plan which asserts that Debtors' managers are, and have been since receiving such funds, also holding unaccounted for Economic Injury Disaster Relief Loan (EIDL) funds belonging to Debtor in non-Debtor/third party accounts. Because of Debtors' refusal to implement the independent auditor provisions of the Mediated Settlement Agreement and approved Plan, the current amount and any use of these EIDL funds are unliquidated

and unaccounted for at this time, but amounted to over several hundred thousand of dollars when issued by the SBA administration..

6.      It appears the Debtors have been operating profitably and there were more than sufficient funds to pay the December 2023 and January 2024 tax escrow payments of $12,000.00 and the $37,500.00 payments to ZSBNP.  The MSA provided for a $100,000.00 cash reserve and it appears Debtors had more than triple that amount, yet failed to remit payment to ZSBNP as required under the MSA.

*Default 2:  No Independent Auditor*

7.      Further, under the Mediated Settlement Agreement, the Guillory Parties were to select an Independent Auditor by May 25, 2023 and such auditor was to be retained "immediately upon selection".  **Mediated Settlement Agreement, paragraph 4**. Paragraph 9 of the agreement required the Guillory parties to promptly provide the Independent Auditor with all books, records, and accounts of any entity under their control. Promptly was defined as not later than 21 days of receipt of the request.

8.      To date – there is no Independent Auditor and the Guillory Parties have not turned over the documents and records in accordance with the Mediated Settlement Agreement.  This is now approximately 8 months after the required date for such occurrences.

9.      On January 3, 2024, separate creditor George lee, Paul Lee, Jack Lee, and Agama Properties, LLC filed their own Motion to Enforce Plan/MSA also noting that despite being several months past the provided date to do so, no Independent Auditor was even in place, let alone being provided the documentation to conduct the agreed upon review of the financials of the Debtor.  It appears that Christopher Boatcallie, of PKF

Texas, was *selected* as the proposed auditor, but to date has not been retained nor is actively reviewing the records as agreed upon by the Parties. This is a breach of the plan and Mediated Settlement Agreement, one which ZSBNP has already provided notice of in its Notice of Default and Intent to Accelerate as dated December 4, 2023 – specifically noting the failure to retain the Independent Auditor. DK# 19, pp. 3-4.

10. In addition to its prior December 4, 2023 Notice of Default (which is well past reasonable time to cure and has not been fully cured), ZSBNP sent Debtor and Debtor's counsel another notice of Default January 10, 2024 noting the failure to pay the December 2023 and January 2024 $12,000.00 tax escrow and $37,500.00 payments to ZSBNP despite having the funds to do so.

11. Despite the clear defaults Debtor has claimed ZSBNP is barred from pursuing foreclosure by the plan injunction.

12. ZSBNP disagrees as the Injunction language excepts "obligations issued or required to be paid pursuant to the Plan or Confirmation Order."

F.  **Injunction**

Except as otherwise expressly provided in the Plan or for obligations issued or required to be paid pursuant to the Plan or the Confirmation Order, all Entities who have held, hold, or may hold Claims or Interests that have been satisfied, released, discharged, or are subject to exculpation are permanently enjoined, from and after the Effective Date, from taking any of the following actions against, as applicable, the Debtors, the Reorganized Debtors, the Exculpated Parties, or the Released Parties: (1) commencing or continuing in any manner any action or other proceeding of any kind on account of or in connection with or with respect to any such Claims or Interests; (2) enforcing, attaching, collecting, or recovering by any manner or means any judgment, award, decree, or order against such Entities on account of or in connection with or with respect to any such Claims or Interests; (3) creating, perfecting, or enforcing any encumbrance of any kind against such Entities or the property or the estates of such Entities on account of or in connection with or with respect to any such Claims or Interests; (4) asserting any right of setoff, subrogation, or recoupment of any kind against any obligation due from such Entities or against the property of such Entities on account of, in connection with, or with respect to any such Claims or Interests unless such Holder has filed a motion requesting the right to perform such setoff on or before the Effective Date, and notwithstanding an indication of a Claim or Interest or otherwise that such Holder asserts, has, or intends to preserve any right of setoff pursuant to applicable law or otherwise; and (5) commencing or continuing in any manner any action or other proceeding of any kind on account of, in connection with, or with respect to any such Claims or Interests released or settled pursuant to the Plan.

Upon Confirmation of the Plan, all Holders of Claims and Interests and their respective current and former employees, agents, officers, directors, principals, and direct and indirect Affiliates shall be enjoined from taking any actions to interfere with the implementation or Consummation of the Plan. Each Holder of any Allowed Claim or Allowed Interest, as applicable, by accepting, or being eligible to accept, distributions under or Reinstatement of such Claim or Interest, as applicable, pursuant to the Plan, shall be deemed to have consented to the injunction provisions set forth in the Plan.

13. Otherwise, Debtor could default with no recourse.

14. ZSBNP asks the Court to review and enter order confirming the Default(s) and ZSBNP's right to proceed.

Wherefore, premises considered, ZSBNP prays the Court i) Confirm Debtor is in Default of the Plan and Confirmation Order (which incorporated the Mediated Settlement Agreement, ii) Confirm the plan injunction does not preclude ZSBNP from moving forward under its Notice of Default and Intent to Accelerate, iii) Confirm ZSBNP has provided Debtor proper notice(s) of the Default(s), and iv) for such further and other relief as the Court deems just.

Respectfully Submitted,

**Hughes Watters & Askanase**

*/s/ Michael Weems*
Michael Weems
TBN 24066273
1201 Louisiana St
28th Floor
Houston, TX  77002
(713) 590-4222
mlw@hwa.com
Attorney for ZSBNP, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served on the parties listed in the attached list by United States Mail, first class, postage prepaid or by ECF transmission or BNC noticing on all Pacer Systems participants in these bankruptcy cases, on January 18, 2024.

**Hughes Watters & Askanase**

*/s/ Michael Weems*
Michael Weems
TBN 24066273
1201 Louisiana St
28th Floor
Houston, TX  77002
(713) 590-4222
mlw@hwa.com
Attorney for ZSBNP, LLC

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0541-4<br>Case 23-30023<br>Southern District of Texas<br>Houston<br>Mon Mar  6 12:00:22 CST 2023 | Agama Properties, LLC<br>c/o Thane Tyler Sponsel III<br>Sponsel Miller Greenberg PLLC<br>50 Briar Hollow Lane<br>Suite 370 West<br>Houston, TX 77027-9300 | CenterPointe Hotels @ Texas II, LP<br>3906 Brookston Street<br>Houston, TX 77045-3410 |
| CenterPointe Partners @ Texas, LLC<br>10505 East Fwy<br>Houston, TX 77029-1926 | Harris County<br>Linebarger Goggan Blair & Sampson LLP<br>C/O Jeannie Lee Andresen<br>P.O. Box 3064<br>Houston, Tx 77253-3064 | ZSBNP, LLC<br>c/o Hughes Watter Askanase<br>1201 Louisiana<br>28th Floor<br>Houston, TX 77002-5607 |
| 4<br>United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208-1010 | A&A Grease Trap Cleaning<br>902 Blanchard Hill Ln<br>Houston, TX 77047-4482 | ALE Solutions, Inc<br>1 West Illinois Street Suite 300<br>St. Charles, IL 60174-2851 |
| AT&T WiFi Services<br>P.O. Box 5005<br>Carol Stream, IL 60197-5005 | Adams Keegan, Inc.<br>6301 Gaston Avenue<br>#1406<br>Dallas, TX 75214-3963 | Adams Keegan, Inc.<br>6750 Poplar Avenue<br>Suite 400<br>Germantown, TN 38138-7414 |
| Agama Properties<br>9912 Brooklet Drive<br>Houston, TX 77099-2766 | Amadeus Hospitality<br>29618 Network Place<br>Chicago, IL 60673-1296 | Amegy Bank National Association<br>PO Box 27459<br>Houston, TX 77227-7459 |
| American Bankers Insurance Compay<br>PO Box 731178<br>Dallas, TX 75373-1178 | American Business Machines, Inc.<br>PO Box 4346<br>Houston, TX 77210-4346 | American Elevator Inspections<br>PO Box 2709<br>Baytown, TX 77522-2717 |
| American Express Global Business Travel<br>14635 N.Kierland Blvd. Suite # 200<br>Scottsdale, AZ 85254-2770 | At&T WI-FI Services<br>PO Box 5005<br>Carol Stream, IL 60197-5005 | BIG Man's Plumbing And Carpentry<br>7606 Goldfinch Dr.<br>Humble, TX 77396-1818 |
| Best Wash, Inc.<br>15012 Eddie Dr.<br>Humble, TX 77396-2549 | Beyline Construction<br>9519 Glendown Lane<br>Houston, TX 77070-5140 | Bluemoon Laundry Equipment, LLC<br>23923 Sawmill Pass<br>Spring, TX 77373-8573 |
| Blueport Wireless, Inc.<br>27 Renmar Ave<br>Walpole, MA 02081-1515 | Bulbs.com<br>243 Stafford Street<br>Worcester, MA 01603-1168 | Capital Premium Financing, Inc.<br>PO Box 660899<br>Dallas, TX 75266-0899 |
| Carbon's Golden Malted<br>P.O. Box 129<br>Concordville, PA 19331-0128 | Cawley<br>PO Box 2110<br>Manitowoc, WI 54221-2110 | Centerpoint Energy Resources<br>4702 LaBranch Street<br>Houston, TX 77004-5042 |

| | | |
|---|---|---|
| Centerpointe Hotels@Texas, LLC<br>4702 La Branch Street<br>Houston, TX 77004-5042 | City of Houston Fire Permit Office<br>PO Box 3625<br>Houston, TX 77253-3625 | City of Houston Public Works<br>P.O. Box 1560<br>Houston, TX 77251-1560 |
| City of Houston, Building Inspections<br>PO Box 2688<br>Houston, TX 77252-2688 | City of Houston, Sign Administration<br>PO Box 2688<br>Houston, TX 77252-2688 | Coast to Coast Computer Products<br>4277 Valley Fair St.<br>Simi Valley, CA 93063-2940 |
| Coca-Cola Southwest Beverages<br>P.O. Box 744010<br>Atlanta, GA 30384-0001 | Comcast<br>P.O. Box 60533<br>City Industry, CA 91716-0533 | Commlog LLC<br>33 N Parsell Suite B<br>Mesa, AZ 85203-8833 |
| Comptroller of Public Accounts<br>Attn:  Christopher J. Dylla<br>Bankruptcy & Collections Division<br>PO Box 12548-MC008<br>Austin, TX 78711-2548 | Comptroller of Public Accounts<br>PO Box 149356<br>Austin, TX 78714-9356 | Coporate Graphics Int'l West<br>1885 Northway Dr.<br>North Mankato, MN 56003-2756 |
| DMX INC.<br>PO Box 602777<br>Charlotte, NC 28260-2777 | David L. Curry, Jr.<br>Okin Adams Bartlett Curry LLP<br>1113 Vine St., Suite 240<br>Houston, TX 77002-1044 | (p)DE LAGE LANDEN FINANCIAL<br>ATTN LITIGATION & RECOVERY<br>1111 OLD EAGLE SCHOOL ROAD<br>WAYNE PA 19087-1453 |
| Digital Dolphin Supplies Suite 1104<br>811 N. Cataline Ave.<br>Redondo Beach, CA 90277-2133 | Direct Energy Business, LLC<br>1001 Liberty Avenue<br>Pittsburgh, PA 15222-3728 | Ecolab<br>PO Box 70343<br>Chicago, IL 60673-0343 |
| Edward Don & Company<br>9801 Adam Don Parkway<br>Woodrige, IL 60517-8136 | Employers Preferred Ins. Co.<br>POBox 842110<br>Los Angeles, CA 90084-2110 | Erwyn Products Company Inc.<br>200 Campus Dr. suite 200<br>Morganville, NJ 07751-2101 |
| Fast Track Specialties, LP<br>10230 Carter Road Suite 100<br>Houston, TX 77070-1704 | General Electric Co<br>PO Box 840340<br>Dallas, TX 75284-0340 | George Lee<br>5353 W. Alabama<br>Suite 610<br>Houston, TX 77056-5932 |
| Gerald Franklin Agency, Inc<br>2525 North Loop West #275<br>Houston, TX 77008-1091 | Gibson Hotel Management, Inc.<br>409 Montbrook Lane<br>Knoxville, TN 37919-2704 | Grasshopper Landscape<br>2610 Broomsedge Dr.<br>Houston, TX 77084-4316 |
| Greater Houston Convention & Visitors Bu<br>1331 Lamar Street  Suite 700<br>Houston, TX 77010-3135 | HD Supply Facilities<br>P.O. Box 509058<br>San Diego, CA 92150-9058 | HarDam Hotels, LLC<br>3906 Brookston Street<br>Houston, TX 77045-3410 |

| | | |
|---|---|---|
| Harlan Graphic Arts Services, Inc.<br>4752 River Rd.<br>Cincinnati, OH 45233-1633 | Harris County Tax Assessor<br>PO Box 3547<br>Houston, TX 77253-3547 | Harris County, et al<br>c/o Jeannie Lee Andresen<br>Linebarger Goggan Blair & Sampson LLP<br>P.O. Box 3064<br>Houston, Tx 77253-3064 |
| Hasan & Associates, CPAs, PC<br>6671 Southwest Freeway<br>Suite 315<br>Houston, TX 77074-2231 | Hilton Worldwide<br>4649 Paysphere Circle<br>Chicago, IL 60674-0001 | Hotel & Lodging Association of Greater H<br>PO Box 1043<br>Houston, TX 77251-1043 |
| Houston Department of Health & Human Ser<br>POBox 300008<br>Houston, TX 77230-0008 | Houston East Chamber of Commerce<br>550 Gulfgate Center<br>Houston, TX 77087-3022 | IPFS Coporation<br>PO Box 730223<br>Dallas, TX 75373-0223 |
| Innvision Hospitality,Inc.<br>504 Carver Road<br>Griffin, GA 30224-3936 | Insight Direct USA, Inc.<br>PO Box 731069<br>Dallas, TX 75373-1069 | Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| It's Bugs or Us<br>14173 Northwest Fry<br>Houston, TX 77040-5013 | J Fields Construction<br>906 West Betrand<br>Houston, TX 77088 | JM Wallcovering<br>343 Oakdale Dr.<br>Stafford, TX 77477-6007 |
| Jack Lee<br>5353 W. Alabama<br>Suite 610<br>Houston, TX 77056-5932 | Kauffman Co. Fire & Life Safety<br>13225 FM 529 Site A<br>Houston, TX 77041 | LB Marketing Solutions<br>5500 E Sam Houston Pkwy N<br>Houston, TX 77015-3263 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Lands' End Business Outfitters<br>PO Box 217<br>Dodgeville, WI 53533-0217 | Leslie's Swimming Pool Supplies<br>POBox 501162<br>St.Louis, MO 63150-1162 |
| Meyerland Glass & Mirror Co<br>12922 Murphy Road<br>Stafford, TX 77477-3904 | Moffat<br>POBox 60448<br>Charlotte, NC 28260-0448 | Moises Cardenas Rocha<br>POBox 924403<br>Houston, TX 77292-4403 |
| Murray Insurance And Financial<br>3550 FM 1092<br>Missouri City, TX 77459-2203 | National Pen Co, LLC.<br>12121 Scripps Summit Dr. Suite 200<br>San Diego, CA 92131-4609 | Newmarket International, Inc.<br>75 New Hamshire Ave Suite 300<br>Portsmouth, NH 03801-2096 |
| Nick's Plumbing and Sewer Service, Inc.<br>1420 N Durham Dr.<br>Houston, TX 77008-3736 | North Channel Area Chamber of Commerce<br>13301 I-10 East Freeway<br>Houston, TX 77015-5801 | Office Depot, Inc.<br>POBox 660113<br>Dallas, TX 75266-0113 |

| | | |
|---|---|---|
| Office of the U.S. Trustee<br>515 Rusk, Suite 3516<br>Houston, TX 77002-2604 | Onity Inc.<br>Lockbox 223067<br>Pittsburg, PA 15251-2067 | Oracle Elevator<br>P.O. Box 850001<br>Orlando, FL 32885-0001 |
| P'Jays Pool Service<br>P.O. Box 96029<br>Houston, TX 77213-6029 | Pasics Electronics System<br>2518 Atlas Dr.<br>Missouri City, TX 77459-6741 | Paul Lee<br>5353 W. Alabama<br>Suite 610<br>Houston, TX 77056-5932 |
| Pinnacle Credit Services, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Plasticard-Locktech International<br>605 Sweeten Creek Industrial Park<br>Asheville, NC 28803-1774 | Power Play Marketing<br>33533 W 12 Mile Rd Suite 205<br>Farmington Hills, MI 48331-5635 |
| Premium Assignment Corporation<br>PO Box 8000<br>Tallahassee, FL 32314-8000 | RNDC Texas, LLC<br>6511 Tri County Parkway<br>Schertz, TX 78154-3219 | RR Donnelley<br>7810 Solution Center<br>Chicago, IL 60677-0001 |
| Reliant<br>POBox 650475<br>Dallas, TX 75265-0475 | Richard Jenkins<br>4128 Darby St<br>Baycliff, TX 77518-1359 | Roadrunner Recycling, Inc.<br>P.O. Box 6011<br>Hermitage, PA 16148-1011 |
| Royal Cup Inc.<br>160 Cleage Drive<br>Birmingham, AL 35217-1461 | Sandra Upholstery<br>1403 Leggett Dr.<br>Galena Park, TX 77547-2120 | Serta Simmons Bedding,LLC<br>2600 Forbs Avenue<br>Hoffman Estates, IL 60192-3723 |
| Silver Eagle Distributors<br>3505 Pasadena Fwy<br>Pasadena, TX 77503-1136 | Space City Backflow<br>13518 Schumann Trails<br>Sugarland, TX 77498-3495 | Sunshine G<br>7070 Mayard Road<br>Houston, TX 77041-1893 |
| Sysco Guest Supply LLC<br>P.O. Box 6771<br>Somerset, NJ 08875-6771 | Sysco Houston<br>10710 Greens Crossing Blvd<br>Houston, TX 77038-2716 | Terminix Processing Center<br>P.O. Box 802155<br>Chicago, IL 60680-2155 |
| Texas Comptroller of Public Accounts<br>PO Box 1149348<br>Austin, TX 78714-9348 | Texas Railroad Commission<br>1701 N. Congress<br>PO Box 12967<br>Austin, TX 78711-2967 | Thomas B. Mock, PC<br>13760 Noel Road<br>Suite 1020<br>Dallas, TX 75240-1322 |
| US Small Business Administration<br>SBA Disaster Loan Service Center<br>1545 Hawkins Blvd., Suite 202<br>El Paso, TX 79925-2654 | US Trustee<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 | USA Today<br>P.O. Box 677446<br>Dallas, TX 75267-7446 |

| | | |
|---|---|---|
| United States Trustee's Office<br>515 Rusk St., Suite 3516<br>Houston, TX 77002-2604 | Vistar<br>P.O. Box 951080<br>Dallas, TX 75395-1080 | ZSBNP, LLC<br>c/o Hughes Watters Askanase<br>1201 Louisiana, 28th Floor<br>Houston, TX 77002-5607 |
| iMetro Technologies<br>22315 Taren Ct.<br>Tomball, TX 77375-1177 | David L Curry Jr<br>Okin Adams, LLP<br>1113 Vine Street<br>Suite 240<br>Houston, TX 77002-1044 | George M. Lee<br>5353 West Alabama, Number 610<br>Houston, TX 77056 |
| Jack Lee<br>Sponsel Miller Greenberg PLLC<br>50 Briar Hollow Lane<br>Suite 370 West<br>Houston, TX 77027-9300 | Paul Lee<br>Sponsel Miller Greenberg PLLC<br>50 Briar Hollow Lane<br>Suite 370 West<br>Houston, TX 77027-9300 | Ryan Anthony O'Connor<br>Okin Adams LLP<br>1113 Vine Street, Suite 240<br>Houston<br>Houston, TX 77002-1044 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

De Lage Landen Financial
P.O. Box 41602
Philadelphia, PA 19101

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)CenterPointe Hotels @ Texas II, LP<br>3906 Brookston Street<br>Houston, TX 77045-3410 | (d)ZSBNP, LLC<br>c/o Hughes Watters Askanase, LLP<br>1201 Louisiana, 28th Floor<br>Houston, TX 77002-5607 | End of Label Matrix<br>Mailable recipients   128<br>Bypassed recipients     2<br>Total                  130 |