United States Bankruptcy Court
Southern District of Texas
**ENTERED**
March 18, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 23-30023 |
| CENTERPOINTE HOTELS @ TEXAS II, LP | § § | |
| and | § | |
| CENTERPOINTE PARTNERS @ TEXAS, LLC, | § § | |
| Debtors. | § | Jointly Administered |
| | § | CHAPTER 11 |

## ORDER GRANTING MOTION

Hearing was held on March 18, 2024. For the reasons stated on the record the Court grants the Motion to Confirm Default and Proceed with Contractual Remedies filed by Creditor ZSBNP, LLC (ECF No. 231) based on the lack of a retained independent auditor as provided by the Mediated Settlement.

This order is subject to being vacated sua sponte if the Court within 14 days of the date of this order appoints an independent auditor.

**SO ORDERED.**

SIGNED 03/18/2024

_____
Jeffrey Norman
United States Bankruptcy Judge